(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Berman, Jay M** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-1005** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**1130 Pine Oaks Circle**<br>**Lake Forest, IL**<br>ZIP Code **60045** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3) | ■ Chapter 7     ☐ Chapter 11     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9     ☐ Chapter 12     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | | **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business     ☐ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only) Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                                          FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Berman, Jay M** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>X <u>/s/ Leonard S. Becker</u>     <u>August 23, 2006</u><br>   Signature of Attorney for Debtor(s)      Date<br>   **Leonard S. Becker**</td>
</tr>
<tr>
<td><b>Exhibit C</b><br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No</td>
<td><b>Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)</b><br><br>■ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)</td>
</tr>
</table>

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|

**Venue** (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.* |
|---|

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)


        _____
        (Address of landlord)


☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)                                                      FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Berman, Jay M** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Jay M Berman**
_____
Signature of Debtor **Jay M Berman**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 23, 2006**
_____
Date

---

### Signature of Attorney

X  **/s/ Leonard S. Becker**
_____
Signature of Attorney for Debtor(s)

**Leonard S. Becker 6211368**
_____
Printed Name of Attorney for Debtor(s)

**Leonard S. Becker**
_____
Firm Name
**312 N. May**
**Suite 100**
**Chicago,  60607**
_____
Address

**Email: lenbecker@sbcglobal.net**
**312-492-7700  Fax: 312-492-7702**
_____
Telephone Number

**August 23, 2006**
_____
Date

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 6-Summary
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Jay M Berman**
                                                    ,     Case No. _____
                        Debtor

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 5,350.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 9,999.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 54 | | 1,498,366.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 23 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 9,645.00 |
| Total Number of Sheets of ALL Schedules | | 87 | | | |
| Total Assets | | | 5,350.00 | | |
| Total Liabilities | | | | 1,508,365.75 | |

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jay M Berman**                           ,       Case No. _____
Debtor

Chapter        **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

Form B6A
(10/05)

In re    **Jay M Berman**                                   ,      Case No. _____
                                            Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

Form B6B
(10/05)

In re **Jay M Berman**                                             Case No. _____

_____,
                         Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Northview Bank and Trust** | - | 2,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Usual and typical household furnishings including bedroomset, tv, kitchenware** | - | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Usual and typical wearing appearal** | - | 300.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **.45 calibur handgun** | - | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term insurance with no surrender value issued by Valley Forge Ins.** | - | 0.00 |
| | | **Whole Life Policy with no cash equity or surrender value, issued by Prudential Insurance** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    4,500.00
(Total of this page)

___2___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

Form B6B
(10/05)

In re **Jay M Berman** _____,   Case No. _____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **200 shares of Sirius Satellite Radio** | **-** | **750.00** |
| | | **100% ownership in Berman & Associates, Inc., an IL corp no longer actively conducting business.** | **-** | **100.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **850.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6B
(10/05)

In re    **Jay M Berman**                                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)
Total >        **5,350.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6C
(10/05)

In re  **Jay M Berman**                                                          ,       Case No. _____

Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                     $125,000.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Northview Bank and Trust** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Household Goods and Furnishings** | | | |
| **Usual and typical household furnishings including bedroomset, tv, kitchenware** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Wearing Apparel** | | | |
| **Usual and typical wearing appearal** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Stock and Interests in Businesses** | | | |
| **100% ownership in Berman & Associates, Inc., an IL corp no longer actively conducting business.** | **735 ILCS 5/12-1001(b)** | **0.00** | **100.00** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6D
(10/05)

In re    **Jay M Berman**                                                  ,    Case No. _____
                                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **603459070055xxxx** | | | | | 6/2005 | | | | | |
| **ABT TV / GE Finance POB 960061 Orlando, FL 32896-0001** | | | - | | **Purchase Money Security** **household appliances** | | | | | |
| | | | | | Value $            **8,384.00** | | | | **8,384.00** | **0.00** |
| Account No. **605244602521xxxx** | | | | | 2005 | | | | | |
| **Ashley Furniture American General Finance POB 790370 Saint Louis, MO 63179-0061** | | | - | | **Purchase Money Security** **furniture** | | | | | |
| | | | | | Value $            **1,615.00** | | | | **1,615.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

___**0**___ continuation sheets attached

| | | |
|---|---|---|
| | Subtotal (Total of this page) | **9,999.00** |
| | Total (Report on Summary of Schedules) | **9,999.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6E
(10/05)

In re **Jay M Berman**                                                         Case No. _____
                                                                    ,
                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6F
(10/05)

In re **Jay M Berman**
_____,    Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2005** | | | | |
| **Acorn** P.O. Box 802 CM:L-321: Drew University Madison, NJ 07940 | X | - | | **Debt incurred by Berman and Associates, Inc.** | | | X | 480.00 |
| Account No. | | | | **2005** | | | | |
| **All State** Austin Peay State University P.O. Box 4634 Clarksville, TN 37044 | X | - | | **Debt incurred by Berman and Associates, Inc.** | | | X | 3,396.00 |
| Account No. | | | | **2005** | | | | |
| **Alligator** P.O. Box 14257 Gainesville, FL 32604 | X | - | | **Debt incurred by Berman and Associates, Inc.** | | | X | 11,183.90 |
| Account No. 371530799873002  3717320935212 | | | | **revolving** **charge card purchases** | | | | |
| **American Express** POB 297879 Fort Lauderdale, FL 33329 | | - | | | | | | 13,700.00 |

__53__  continuation sheets attached

                                                       Subtotal              **28,759.90**
                                       (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re __Jay M Berman_____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2005 | | | | |
| Antelope University of nebraska at Kearney P.O.Box 120 Kearney, NE 68849 | X | - | | Debt incurred by Berman and Associates, Inc. | | | X | 787.50 |
| Account No. | | | | 2005 | | | | |
| Aquinas University of Scranton Box C Scranton, PA 18510 | X | - | | Debt incurred by Berman and Associates, Inc. | | | X | 1,215.00 |
| Account No. | | | | 2005 | | | | |
| Archway Bryant University Box 7 Smithfield, RI 02917 | X | - | | Debt incurred by Berman and Associates, Inc. | | | X | 105.00 |
| Account No. | | | | 2005 | | | | |
| Arthur 751 George St. N Suite 104 Peterborough, Ontario, CA | X | - | | Debt incurred by Berman and Associates, Inc. | | | X | 1,100.00 |
| Account No. | | | | 2005 | | | | |
| Athenas Messenger 3085 Woodman Drive Kettering, OH 45420 | X | - | | Debt incurred by Berman and Associates, Inc. | | | X | 587.00 |

Sheet no. _1___ of _53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     3,794.50

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 | | | | |
| Athens Banner Herald P.O. Box 932759 Atlanta, GA 31193 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,501.30 |
| Account No. | | | | | 2005 | | | | |
| Ausrin Chronicle P.O. Box 49066 Austin, TX 78765 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 782.85 |
| Account No. | | | | | 2005 | | | | |
| Avion 600 S. Clyde Morris Blvd. Daytona Beach, FL 32114 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,602.00 |
| Account No. | | | | | 2005 | | | | |
| Baylor Lariat One Bear Place #97330 Waco, TX 76798 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 2,920.00 |
| Account No. | | | | | 2005 | | | | |
| Beachcomber Palm Beach Community College 4200 N. Congress Avenue Lake Worth, FL 33461 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,500.00 |

Sheet no. __2___ of __53___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,306.15

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**                                                          ,          Case No. _____
                                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Bengal** **Idaho State University** **Campus Box 8009** **Pocatello, ID 83209** | X | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 658.00 |
| Account No. **Berman & Associate, Inc.** **910 Skokie Blvd.** **Northbrook, IL 60062** | | - | | | 2003-2006 Loans made to Debtor since 1995 | | | | 125,000.00 |
| Account No. **Blue & White Flash** **Jackson State University** **P.O. Box 18449** **Jackson, MS 39217** | X | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 806.25 |
| Account No. **400062XXXX** **BMW Financial Services** **POB 390902** **Minneapolis, MN 55439** | | - | | | 2005 balance due on lease of automobile | | | | 19,296.00 |
| Account No. **Breeze** **G1 Anthony-Seeger Hall** **MSC 6805, James Madison University** **Harrisonburg, VA 22807** | X | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 5,732.00 |

Sheet no. __3__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            151,492.25

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Jay M Berman**  _____,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| Brookhaven Courier Brookhaven College 3939 Valley View Lane Farmers Branch, TX 75244 | X | - | | | | | | X | 360.00 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| Brunswickan 21 pacey Drive, UNB SUB-Room 35 Frederiction, N.B. E3B 5A3 | X | - | | | | | | X | 2,880.00 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| Bulletin 1000 E. Victoria Street Carson, CA 90747 | X | - | | | | | | X | 250.00 |
| Account No. | | | | | 205 Debt incurred by Berman and Associates, Inc. | | | | |
| Butler Collegian Eugene S.Pulliam School of Journali Butler University 4600 Sunset Ave. Indianapolis, IN 46208 | X | - | | | | | | X | 1,066.50 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| California Times Student Association Business office 3rd. floor, Natali Student Center California, PA 15419 | X | - | | | | | | X | 4,765.25 |

Sheet no. __4__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    9,321.75

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**

,                                          Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Campus Echo** <br> **1801 Fayetteville Street** <br> **Durham, NC 27707** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 410.00 |
| Account No. <br><br> **Campus Times Newspaper** <br> **1950 Third Street** <br> **La Verne, CA 91750** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 3,325.00 |
| Account No. <br><br> **Capital One Services** <br> **POB 85015** <br> **Richmond, VA 23285** | | - | **revolving** <br> **credit card purchases** | | | | 164.76 |
| Account No. <br><br> **Carolinian** <br> **Box 10, Elliott University Center** <br> **The university of North Carolina** <br> **Greensboro, NC 27412** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 3,725.00 |
| Account No. <br><br> **CBS Outdoor** <br> **a/k/a Viacom Outdoor** <br> **185 US Highway 46** <br> **Fairfield, NJ 07004** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 1,222.50 |

Sheet no. __5__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,847.26**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re  **Jay M Berman**                                                        ,     Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 | | | | |
| Chanticleer Coastal Carolina Unive.Student News P.O. Box 261954 Conway, SC 29528 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 905.95 |
| Account No. | | | | | 2005 | | | | |
| Charlatan Pubilcations 531 Unicentre 1125 Colonel By Drive Ottawa, Ontario K1S 5B6 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 2,828.00 |
| Account No. 414720201468 | | | | | revolving credit card purchases | | | | |
| Chase POB 15153 Wilmington, DE 19886 | | - | | | | | | | 13,820.00 |
| Account No. | | | | | 2005 | | | | |
| Chicago Sun-Times Midwest Suburban Publishing 6901 W. 159th Street Tinley Park, IL 60477 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 39,450.00 |
| Account No. | | | | | 2005 | | | | |
| Chronicle P.O. Box 3146 Savannah, GA 31402 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,512.00 |

Sheet no. __6__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,515.95

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Chronicle (Quinnipiac)**<br>**Quinnipiac University**<br>**275 Mount Carmel Avenue, Box 10**<br>**Hamden, CT 06518** | X | - | | | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 400.00 |
| Account No. **6034320131112xxx**<br><br>**Citibank USA NA**<br>**POB 6500**<br>**Sioux Falls, SD 57117** | | - | | | **2001**<br>**alleged credit card charges** | | | X | 2,519.00 |
| Account No.<br><br>**City of Gainesville**<br>**Billing & Collection, Station 47**<br>**P.O. Box 490**<br>**Gainesville, FL 32602** | X | - | | | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 1,570.80 |
| Account No.<br><br>**CIUT-FM**<br>**91 St. George Street**<br>**Toronto, Ontario M55 2E8** | X | - | | | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 2,188.75 |
| Account No.<br><br>**CKEY-EM**<br>**c/o WILD Radio 101**<br>**P.O. Box 275**<br>**Niagara Falls, NY 14302-9998** | X | - | | | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 2,873.00 |

Sheet no. __7__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              9,551.55

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                    , Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 | | | | |
| Clear Channel Outdoor 4000 South Morgan Street Chicago, IL 60609-2581 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 5,600.00 |
| Account No. | | | 2005 | | | | |
| Collegian 555 N. Indian Creek Drive Clarkston, GA 30021 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 3,500.00 |
| Account No. | | | 2005 | | | | |
| Collegiate Grend Rapids Community College 143 Bostwick NE, Student Newspaper Grand Rapids, MI 49503 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 250.00 |
| Account No. | | | 2005 | | | | |
| Columbia Chronicle 623 S. Wabash Street Suite 205 Chicago, IL 60605 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 450.00 |
| Account No. | | | 2005 | | | | |
| Comment Bridgewater State College Rondileau Campus Center Bridgewater, MA 02325 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 969.80 |

Sheet no. __8__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,769.80**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Jay M Berman**                                                          ,    Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 | | | | |
| Commonwealth Timess P.O. Box 842010 910 W. Main Street, Room 1149 Richmond, VA 23284 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 3,125.00 |
| Account No. | | | 2005 | | | | |
| Corsair Pensacola Junior College 1000 College Blvd.,Bldg.4, Room 469 Pensacola, FL 32504 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 1,953.49 |
| Account No. | | | 2005 | | | | |
| Courier 425 22nd Street Glen Ellyn, IL 60137 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 2,298.00 |
| Account No. | | | 2005 | | | | |
| Creightonian Creighton University 2500 California Street Omaha, NE 68178 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 500.00 |
| Account No. | | | 2005 | | | | |
| Daily California 600 Eshleman Hall-UCB P.O. Box 1949 Berkeley, CA 94701 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 12,845.54 |

Sheet no.  **9**  of  **53**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,722.03

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __**Jay M Berman**_____,   Case No. _____
                                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2005 | | | | |
| | | | | Debt incurred by Berman and Associates, Inc. | | | | |
| **Daily Egyptian** | X | - | | | | | X | |
| **1259 Communications Bldg.** | | | | | | | | |
| **1100 Lincoln Drive** | | | | | | | | |
| **Carbondale, IL 62901** | | | | | | | | |
| | | | | | | | | 6,254.40 |
| Account No. | | | | 2005 | | | | |
| | | | | Debt incurred by Berman and Associates, Inc. | | | | |
| **Daily Illini** | X | - | | | | | X | |
| **Illini Media Company** | | | | | | | | |
| **57 East Green Street** | | | | | | | | |
| **Champaign, IL 61820** | | | | | | | | |
| | | | | | | | | 5,823.98 |
| Account No. | | | | 2005 | | | | |
| | | | | Debt incurred by Berman and Associates, Inc. | | | | |
| **Daily Illini Technograph** | X | - | | | | | X | |
| **Illini Media Company** | | | | | | | | |
| **57 East Green Street** | | | | | | | | |
| **Champaign, IL 61820** | | | | | | | | |
| | | | | | | | | 895.00 |
| Account No. | | | | 2005 | | | | |
| | | | | Debt incurred by Berman and Associates, Inc. | | | | |
| **Daily Kent Stater** | X | - | | | | | X | |
| **101 Taylor Hall** | | | | | | | | |
| **P.O.Box 5190** | | | | | | | | |
| **Kent, OH 44242** | | | | | | | | |
| | | | | | | | | 9,546.50 |
| Account No. | | | | 2005 | | | | |
| | | | | Debt incurred by Berman and Associates, Inc. | | | | |
| **Daily Nebraskan** | X | - | | | | | X | |
| **20 Nebraska Union** | | | | | | | | |
| **P.O.Box 880448** | | | | | | | | |
| **Lincoln, NE 68588** | | | | | | | | |
| | | | | | | | | 13,959.63 |

Sheet no. __**10**__ of __**53**__ sheets attached to Schedule of                Subtotal                        36,479.51
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Form B6F - Cont.
(10/05)

In re  **Jay M Berman**                                                          ,   Case No. _____
                                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Daily Orange**<br>**744 Ostrom Avenue**<br>**Syracuse, NY 13210** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | <br><br>4,331.61 |
| Account No. <br><br>**Daily Sundial**<br>**18111 Nordhoff Street**<br>**Northridge, CA 91330** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | <br><br>7,166.00 |
| Account No. <br><br>**De Paulia**<br>**Advertising Derpartment**<br>**2322 n. Kenmore Avenue**<br>**Chicago, IL 60614** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | <br><br>6,849.50 |
| Account No. <br><br>**Delta Statement**<br>**Delta State University**<br>**H.L. Nowell Union 302B-Box 3204**<br>**Cleveland, MS 38733** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | <br><br>1,875.00 |
| Account No. <br><br>**Eagle**<br>**Mary Graydon Center, Suite 252**<br>**4400 Massachusetts Avenue NW**<br>**Washington, DC 20016** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | <br><br>8,557.76 |

Sheet no. __**11**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,779.87

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Jay M Berman**                                                                 ,    Case No. _____
                                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**El Paisano**<br>**3600 Workman Mill Road**<br>**Whittier, CA 90601** | X | - | | | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | |
| | | | | | | | | | **1,650.00** |
| Account No. **442828145100xxxx**<br><br>**Elan Financial Services**<br>**POB 790408**<br>**Saint Louis, MO 63179** | | - | | | **revolving**<br>**credit card charges** | | | | |
| | | | | | | | | | **22,703.00** |
| Account No.<br><br>**Emory Wheel**<br>**Student Newspaper of Emory Universi**<br>**Drawer W**<br>**Atlanta, GA 30322** | X | - | | | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | |
| | | | | | | | | | **4,358.41** |
| Account No.<br><br>**ESPN**<br>**13039 Collections Center Drive**<br>**Chicago, IL 60693** | X | - | | | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | |
| | | | | | | | | | **50,000.00** |
| Account No.<br><br>**Et Cetera**<br>**Eastifield College, Business Office**<br>**3737 Motley Drive**<br>**Mesquite, TX 75150** | X | - | | | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | |
| | | | | | | | | | **660.00** |

Sheet no. __**12**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**79,371.41**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 | | | | |
| Exponent University of Alabama 104 University Center Huntsville, AL 35899 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,560.00 |
| Account No. | | | | | 2005 | | | | |
| Fairfield Mirror 1073 North Benson Road Box AA - Fairfield University Fairfield, CT 06824 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 660.00 |
| Account No. | | | | | 2005 | | | | |
| Falcon Times Miami Dade College North Campus 11380 NW 27th Avenue, Room 4209 Miami, FL 33167 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 450.00 |
| Account No. | | | | | 2005 | | | | |
| Flagpole P.O. Box 1027 Athens, GA 30603 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,210.00 |
| Account No. | | | | | 2004-2006 | | | | |
| Follett Higher Education c/o Seyfarth Shaw 55 West Monroe #4200 Chicago, IL 60603 | X | - | | | Alleged Breach of Contract, Fraud | | | X | Unknown |

Sheet no. __13__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,880.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re  **Jay M Berman**                                                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 | | | | |
| Free Times P.O. Box 8295 Columbia, SC 29202 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 342.55 |
| Account No. | | | | | 2005 | | | | |
| FS View P.O.Box 2028 Tallahassee, FL 32316-0334 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 1,694.36 |
| Account No. | | | | | 2005 | | | | |
| Gainesville Sun 2700 SW 13th Street Gainesville, FL 32608 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 1,012.73 |
| Account No. | | | | | 2005 | | | | |
| Gamecock 1400 Greene Street Russell House 343 Columbia, SC | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 4,713.36 |
| Account No. | | | | | 2005 | | | | |
| Georgetown Voice Georgetown University Box 571066 - Leavey 413 Washington, DC 20057 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 7,087.00 |

Sheet no. __14__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,850.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**                                                                           Case No. _____
                                                                              ,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gorge Street Observer**<br>**66 George Street**<br>**Charleston, SC 29412** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 2,170.00 |
| Account No.<br><br>**GW Hatchet**<br>**2140 G. Street, NW**<br>**Washington, DC 20052** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 14,640.80 |
| Account No.<br><br>**Hartford Courant**<br>**P.O. Box 40000 Dept 215**<br>**Hartford, CT 06151** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 3,022.20 |
| Account No.<br><br>**Hawk**<br>**Saint Joseph University**<br>**5600 City Avenue**<br>**Philadelphia, PA 19131** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 450.00 |
| Account No.<br><br>**Henderson Oracle**<br>**HSU Box 7693**<br>**Arkadelphia, AR 71999** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 340.00 |

Sheet no. __**15**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     20,623.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Jay M Berman**                                                                                    ,  Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 | | | | |
| Herald Advertising P.O. Box 1930 State University, AR 72467 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 6,092.75 |
| Account No. | | | | | revolving personal line of credit | | | | |
| HFC POB 17574 Baltimore, MD 21297-1574 | | - | | | | | | | 15,000.00 |
| Account No. | | | | | 2005 | | | | |
| Hoya Georgetown University P.O.Box 571065 Washington, DC 20057 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 3,596.18 |
| Account No. | | | | | 2005 | | | | |
| Humber Humber College 205 Humber College Blvd. Etobicoke, Ontario M9W 5L7 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 632.00 |
| Account No. | | | | | 2005 | | | | |
| In Motion Daytona Beach Community College 1200 W. International Speedwaay Blv Daytona Beach, FL 32114 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 3,600.00 |

Sheet no. __16__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,920.93

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                      ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| **Informer** **Student Newspaper of Univ.of Hartfo** **200 Bloomfield Avenue** **West Hartford, CT 06117** | X | - | | | | | | | |
| | | | | | | | | | **2,463.00** |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| **Insight Media** **2105 West Park Court** **Champaign, IL 61821** | X | - | | | | | | | |
| | | | | | | | | | **1,583.14** |
| Account No. | | | | | 2004-present account services provided to Berman & Assoc. Inc. | | | | |
| **Jacob & Newmark** **100 Lexington Drive** **Buffalo Grove, IL 60089** | X | - | | | | | | | |
| | | | | | | | | | **10,000.00** |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| **Johnsonian** **Winthrop University Student Publica** **218 Dinkins Student Center** **Rock Hill, SC 29733** | X | - | | | | | | | |
| | | | | | | | | | **4,015.20** |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| **Kance** **Shasta College** **P.O.Box 496006,11555 Old Oregon Tra** **Redding, CA 96049** | X | - | | | | | | | |
| | | | | | | | | | **735.00** |

Sheet no. __17__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **18,796.34**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**                                                                              ,   Case No. _____
                                                                     Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **KBFM-FM** Clear Channel Broadcasting P.O. Box 847413 Dallas, TX 75284-7413 | X | - | | | **2005** Debt incurred by Berman and Associates, Inc. | | | X | 1,975.17 |
| Account No. **KBLZ/KAZE** 212 Grande Blvd. # C120 Tyler, TX 75703 | X | - | | | **2005** Debt incurred by Berman and Associates, Inc. | | | X | 2,958.00 |
| Account No. **KCDL-FM** P.O. Box 587 Weatherford, OK 73096 | X | - | | | **2005** Debt incurred by Berman and Associates, Inc. | | | X | 786.25 |
| Account No. **KCLD-FM** P.O. Box 1458 Saint Cloud, MN 56302 | X | - | | | **2005** Debt incurred by Berman and Associates, Inc. | | | X | 748.00 |
| Account No. **KFIN-FM** Clear Channel Broadcasting P.O. Box 847511 Dallas, TX 75284-7511 | X | - | | | **2005** Debt incurred by Berman and Associates, Inc. | | | X | 912.90 |

Sheet no. __18__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,380.32

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __**Jay M Berman**_____,   Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **KFRQ-FM** <br> **801 North Jackson Road** <br> **Mcallen, TX 78501** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 1,678.75 |
| Account No. <br><br> **KFTZ-FM** <br> **Bonneville International** <br> **P.O. Box 699** <br> **Blackfoot, ID 83221** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 2,184.50 |
| Account No. <br><br> **KIBZ-FM** <br> **Clear Channel Broadcasting** <br> **P.O. Box 847402** <br> **Dallas, TX 75284-7402** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 3,064.25 |
| Account No. <br><br> **Kinght News** <br> **Student Union Bkdg** <br> **65-30 Kissena Blvd.** <br> **Flushing, NY 11367** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 21,600.00 |
| Account No. <br><br> **KISX-FM** <br> **Clear Channel Broadcasting** <br> **P.O. Box 847424** <br> **Dallas, TX 75284-7424** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 1,802.00 |

Sheet no. __**19**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,329.50

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **KIXQ-FM** Zimmer Radio Group P.O.Box 1666 Joplin, MO 64802 | X | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 1,062.50 |
| Account No. **KIYS-FM** Clear Channel Broadcastin P.O. Box 847511 Dallas, TX 75284-7511 | X | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 696.15 |
| Account No. **KJML-FM** 2510 West 20th Street Joplin, MO 64804 | X | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 845.75 |
| Account No. **KJYO-FM** Clear Channel Broadcasting P.O. Box 847319 Dallas, TX 75284-7319 | X | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 3,485.00 |
| Account No. **KKSR-FM** Regent Broadcasting P.O.Box 86 Minneapolis, MN 55486-2375 | X | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 584.00 |

Sheet no. __20__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,673.40

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re     **Jay M Berman**                                                              , Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 | | | | |
| KKWD-FM 4045 NW 64th Street Suite 600 Oklahoma City, OK 73116 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 1,768.00 |
| Account No. | | | 2005 | | | | |
| KLUV/KOAI George Stella Attorney at Low 1025 Old County Road Westbury, NY 11590 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 4,495.00 |
| Account No. | | | 2005 | | | | |
| KLXQ-FM 125 Corporate Terrace Hot Springs National Park, AR 71913 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 986.00 |
| Account No. | | | 2005 | | | | |
| KLZZ-FM Regent Broadcasting P.O. Box 86 Minneapolis, MN 55486-2375 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 288.15 |
| Account No. | | | 2005 | | | | |
| KQKY-FM P.O. Box 666 Kearney, NE 68848 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 615.40 |

Sheet no. __21__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,152.55

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __Jay M Berman_____,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**KQUS-FM**<br>**125 Corporate Terrace**<br>**Hot Springs National Park, AR 71913** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 2,482.00 |
| Account No.<br><br>**Kramer Graphics**<br>**2408 W. Dorthy Lane**<br>**Dayton, OH 45439-1828** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 90.00 |
| Account No.<br><br>**KRNY-FM**<br>**P.O. Box 666**<br>**Kearney, NE 68848** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 532.10 |
| Account No.<br><br>**KRRQ-FM**<br>**202 Galbert Road**<br>**Lafayette, LA 70506-1806** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 1,555.50 |
| Account No.<br><br>**KSMB-FM**<br>**202 Galbert Road**<br>**Lafayette, LA 70506-1806** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 977.50 |

Sheet no. __22__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,637.10

Form B6F - Cont.
(10/05)

In re __Jay M Berman_____,    Case No. _____

                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 | | | | |
| KSPW-FM Journal Broadcast Group P.O. Box 2180 Springfield, MO 65801 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 511.70 |
| Account No. | | | | | 2005 | | | | |
| KSWF-FM Clear Channel Broadcasting P.O. Box 847430 Dallas, TX 75284-7430 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,671.10 |
| Account No. | | | | | 2005 | | | | |
| KSYN-FM Zimmer Radio Group P.O. Box 1666 Joplin, MO 64802 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 629.00 |
| Account No. | | | | | 2005 | | | | |
| KTEG-FM Clear Channel Broadcasting P.O.Box847344 Dallas, TX 75284-7344 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 518.50 |
| Account No. | | | | | 2005 | | | | |
| KTEX-FM Clear Channel Broadcasting P.O. Box 847413 Dallas, TX 75284-7413 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 431.80 |

Sheet no. __23__ of __53__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)        3,762.10

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**                                                              , Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**KWEY-FM**<br>**P.O. Box 587**<br>**Weatherford, OK 73096** | X | - | 2005<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 653.65 |
| Account No.<br><br>**KYLZ-FM**<br>**P.O. Box 30925**<br>**Albuquerque, NM 87190-0925** | X | - | 2005<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 2,448.00 |
| Account No.<br><br>**Lamar Outdoor**<br>**P.O. Box 96030**<br>**Baton Rouge, LA 70896** | X | - | 2005<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 5,308.80 |
| Account No.<br><br>**Lariat**<br>**Saddleback College**<br>**28000 Marguerite Parkway**<br>**Mission Viejo, CA 92692** | X | - | 2005<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 10,061.88 |
| Account No.<br><br>**LaSalle Bank**<br>**Commercial Loan Payments**<br>**8617 Innovation Way**<br>**Chicago, IL 60682** | X | - | 2005<br>**Business loan supported by Debtor's personal guarantee** | | | | 34,000.00 |

Sheet no. __24__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          52,472.33

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**
_____,     Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Loyolan**<br>**Daum Hall Loyola Marymount Univerci**<br>**One LMU Drive, MS 8470**<br>**Los Angeles, CA 90045** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 3,795.00 |
| Account No.<br><br>**Mace and Crown**<br>**Old Dominion Univercity**<br>**Bursar's Office/MC**<br>**Norfolk, VA 23529** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 521.00 |
| Account No.<br><br>**Marietta Daily Journal**<br>**P.O.Box 449**<br>**Marietta, GA 30061** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 140.40 |
| Account No.<br><br>**Marquette Tribune**<br>**Student Media, Marquette Univercity**<br>**1131 West Wisconsin Avenue**<br>**Milwaukee, WI 53233** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 8,852.63 |
| Account No.<br><br>**Massachusetts Daily Collegian**<br>**Univercity of Massachusetts**<br>**113 Campus Center**<br>**Amherst, MA 01003** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 7,102.00 |

Sheet no. __**25**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **20,411.03**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**                                                                , Case No. _____

                                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **532906574490xxxx** <br><br> **MBNA** <br> **POB 15137** <br> **Wilmington, DE 19886** | | - | revolving <br> credit card charges | | | | 14,627.00 |
| Account No. <br><br> **Miami Herld** <br> **One Herald Plaza** <br> **Miami, FL 33132** | X | - | 2005 <br> Debt incurred by Berman and Associates, Inc. | | | X | 4,243.00 |
| Account No. <br><br> **Miami Hurricane** <br> **Univercity of Miami** <br> **P.O. Box 248132** <br> **Coral Gables, FL 33124-6922** | X | - | 2005 <br> Debt incurred by Berman and Associates, Inc. | | | X | 7,450.00 |
| Account No. <br><br> **Miami Student** <br> **15 MacMilan Hall-Miami University** <br> **Oxford, OH 45056** | X | - | 2005 <br> Debt incurred by Berman and Associates, Inc. | | | X | 21,443.25 |
| Account No. <br><br> **Midddletown Press** <br> **2 Main Street** <br> **Middletown, CT 06457** | X | - | 2005 <br> Debt incurred by Berman and Associates, Inc. | | | X | 14.28 |

Sheet no. __26__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,777.53

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re **Jay M Berman**                                                      , Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2005 | | | | |
| **MPA POB 260 WPS 30-10 Broadway, Ste. 2601 Fair Lawn, NJ 07410-8501** | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 2,550.00 |
| Account No. | | | | | 2005 | | | | |
| **National Mobile Billboards P.O. Box 190153 Fort Lauderdale, FL 33319** | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 9,900.00 |
| Account No. | | | | | 2005 | | | | |
| **News Record Student Life Pavilions, Suite 160 P.O. Box 210136 Cincinnati, OH 45221-0136** | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 8,806.80 |
| Account No. 2500566xxxx | | | | | 2006 | | | | |
| **Nissan Infiniti POB 0548 Carol Stream, IL 60132** | | - | | | balance due on lease of automobile | | | | 9,302.00 |
| Account No. | | | | | 2005 | | | | |
| **North Star News North Harris College 2700 W. W. Thorne Drive Houston, TX 77073** | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 3,980.00 |

Sheet no. __27__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        34,538.80

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                                    , Case No. _____
                                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 | | | | |
| North Texas Daily P.O. Box 311241 Denton, TX 76203-1241 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 4,951.00 |
| Account No. | | | | | 2005 | | | | |
| Northerner Nunn Drive UC 203 Highland Heights, KY 41099 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 3,630.00 |
| Account No. | | | | | 1995 | | | | |
| Northview Bank & Trust 245 Waukegan Rd. Northfield, IL 60093 | X | - | | | Two business loans supported by personal guarantee | | | | |
| | | | | | | | | | 385,000.00 |
| Account No. | | | | | 2005 | | | | |
| Observer 350 Martin Luter King. Jr. Blvd. Robeson Campus Center_Room 237 Newark, NJ 07102 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 2,900.00 |
| Account No. | | | | | 2005 | | | | |
| Observer (Notre Dame) 024 South Dining Hall P.O. Box 779 Notre Dame, IN 46556 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 1,370.50 |

Sheet no. __28__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

397,851.50

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Oklahoma Daily** <br> **860 Van Vleet Oval, Room 149A** <br> **Norman, OK 73019-2052** | X | - | | | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 10,889.50 |
| Account No. <br><br> **On Campus Advertising** <br> **163 Canal Street** <br> **Suite 301** <br> **Boston, MA 02114** | X | - | | | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 799.50 |
| Account No. **520431** <br><br> **Opus Broadcasting** <br> **c/o Vericore** <br> **1200 West Causeway Approach** <br> **Mandeville, LA 70471** | X | - | | | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | | 2,695.35 |
| Account No. <br><br> **Oracle** <br> **Student Association,SUB428,Suny Ne** <br> **75 S. Manheim Blvd.** <br> **New Paltz, NY 12561** | X | - | | | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 1,000.00 |
| Account No. <br><br> **OTC Eagle** <br> **Ozarks Technical Community College** <br> **P.O. Box 5958** <br> **Springfield, MO 65801-5958** | X | - | | | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 400.00 |

Sheet no. __29__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,784.35

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                                          ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 | | | | |
| Pan American University of Texas 1201 West University Drive Edinburg, TX 78541-2999 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 840.00 |
| Account No. | | | | | 2005 | | | | |
| Parthenon 309 Smith Hall Marshall University Huntington, WV 25755 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 8,935.00 |
| Account No. | | | | | 2005 | | | | |
| Patriot c/o Francis Marion University P.O. Box 100547, UC Room 201 Florence, SC 29501 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 2,045.00 |
| Account No. | | | | | 2005 | | | | |
| Pitney Bowes 2225 American Drive Neenah, WI 54956 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 342.00 |
| Account No. | | | | | 2005 | | | | |
| Post 20 East Union Street Athens, OH 45701 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | |
| | | | | | | | | | 10,889.65 |

Sheet no. __**30**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 23,051.65 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                      ,        Case No. _____
                                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| Professional Sports Publications 355 Lexington Avenue New York, NY 10017 | X | - | | | | | | X | |
| | | | | | | | | | 3,000.00 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| Prospector 2088 North Beal Road Marysville, CA 95901 | X | - | | | | | | X | |
| | | | | | | | | | 150.00 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| Purdue Exponent P.O.Box 2506 460 Northwestern Avenue West Lafayette, IN 47006-2506 | X | - | | | | | | X | |
| | | | | | | | | | 3,721.26 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| Ranger San Antonio College, Dept. of Journ 1300 San Pedro Avenue, Loftin Stude San Antonio, TX 78212-4299 | X | - | | | | | | X | |
| | | | | | | | | | 1,500.00 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| Real Detroit Weekly 359 Livernois-2nd Floor Ferndale, MI 48220 | X | - | | | | | | X | |
| | | | | | | | | | 1,667.70 |

Sheet no. __31__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10,038.96

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**
_____,      Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 | | | | |
| Red & Black 540 Baxter Street Athens, GA 30605 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 6,727.20 |
| Account No. | | | | | 2005 | | | | |
| Richland Chronicle 12800 Abrams Road Dallas, TX 75243-2199 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 900.00 |
| Account No. | | | | | 2005 | | | | |
| Richmond Times P.O. Box 27775 Richmond, VA 23261-7775 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,905.84 |
| Account No. | | | | | 2005 | | | | |
| Rider News Rider Univercity 2083 Lawrenceville Road Lawerenceville, NJ 08648 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 328.00 |
| Account No. | | | | | 2005 | | | | |
| Rock Hill Herald P.O. Box 2242 Raleigh, NC 27602-2242 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 751.80 |

Sheet no. __32__ of __53__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)        10,612.84

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                                    , Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| **Rreef Real Estate One Mid America Plaze Route 83 & 22nd Street, Suite 110 Oakbrook Terrace, IL 60181** | X | - | | | | | | X | 28,000.00 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| **Saber Columbus State University 4225 University Avenue Columbus, GA 31907** | X | - | | | | | | X | 160.00 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| **San Francisco Foghorn 2130 Fulton Street San Francisco, CA 94117-1080** | X | - | | | | | | X | 3,654.00 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| **Scribe Seminole Community College 100 Weldon Blvd. Sanford, FL 32773-6199** | X | - | | | | | | X | 800.00 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | | |
| **Setonian Seton Hall University Newspaper 400 South Organe Avenue South Orange, NJ 07079** | X | - | | | | | | X | 1,275.00 |

Sheet no.  __33__  of  __53__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           33,889.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                                ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Shorthorn<br>P.O. Box 19038<br>Arlington, TX 76019 | X | - | | | 2005<br>Debt incurred by Berman and Associates, Inc. | | | X | 3,556.18 |
| Account No.<br><br>Sign Co USA<br>1350 University Avenue<br>Berkeley, CA 94702 | X | - | | | 2005<br>Debt incurred by Berman and Associates, Inc. | | | X | 594.86 |
| Account No.<br><br>Signal<br>33 Gilmer Street<br>Room 200<br>Atlanta, GA 30303 | X | - | | | 2005<br>Debt incurred by Berman and Associates, Inc. | | | X | 8,198.73 |
| Account No.<br><br>Silhouette<br>801 Campus drive<br>Garden City, KS 67846 | X | - | | | 2005<br>Debt incurred by Berman and Associates, Inc. | | | X | 112.50 |
| Account No.<br><br>Sophian<br>Smith College<br>Capen Annex, Smith College<br>Northampton, MA 01063 | X | - | | | 2005<br>Debt incurred by Berman and Associates, Inc. | | | X | 510.00 |

Sheet no. __34__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,972.27

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 | | | | |
| Southern Digest southern University P.O. Box 10180 Baton Rouge, LA 70813 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 772.00 |
| Account No. | | | 2005 | | | | |
| Southwestern Southwestern Oklahoma State Univers 100 Campus Drive Weatherford, OK 73096 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 660.00 |
| Account No. | | | 2005 | | | | |
| Spark CPCC-Central Campus P.O. Box 35009 Charlotte, NC 28235-5009 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 200.00 |
| Account No. | | | 2005 | | | | |
| Spectrum PO Box 10835 Albany, NY 12201 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 3,399.65 |
| Account No. | | | 2005 | | | | |
| Spelman Spotlight 350 Spelman Lane Box 1234 Atlanta, GA 30314-4399 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 250.00 |

Sheet no. __35__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    5,281.65

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 | | | | |
| Spinnaker Bldg.14Room2627, North Florida Univ 4567 St. Johns Bluff Rd. S Jacksonville, FL 32224-2645 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 15,512.12 |
| Account No. | | | | | 2005 | | | | |
| Squelch P.O. Box 4116 Berkeley, CA 94704 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 550.00 |
| Account No. | | | | | 2005 | | | | |
| Stanford Daily The Stroke Publications Building Suite 101 Mail Code 2240 Stanford, CA 94305 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 7,010.25 |
| Account No. | | | | | 2005 | | | | |
| State Newspaper P.O. Box 402666 Atlanta, GA 30384-2666 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 2,855.25 |
| Account No. | | | | | 2005 | | | | |
| Staten Island Advance 950 Fingerboard Road Staten Island, NY 10305 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 2,370.90 |

Sheet no. __36__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,298.52

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**                                                      Case No. _____
                                                                ,
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 | | | | |
| Stoutonia 137 Memorial Student Center 302 10th Avenue Menomonie, WI 54751 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 416.00 |
| Account No. | | | 2005 | | | | |
| Student Life WU Student Media, Inc. one Brookings Drive #1039 Saint Louis, MO 63130 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 3,666.00 |
| Account No. | | | 2005 | | | | |
| Swift Outdoor P.O. Box 7656 Waco, TX 76714-7656 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 450.00 |
| Account No. | | | 2005 | | | | |
| Syracuse Record 800 Nottingham Road Syracuse, NY 13224 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 775.00 |
| Account No. | | | 2005 | | | | |
| Talon Marks 11110 Alondra Blvd. Norwalk, CA 90650 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 720.00 |

Sheet no. __37__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           6,027.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re     **Jay M Berman**                                              ,      Case No. _____
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 | | | | |
| Targum Publishing 126 College Avenue Suite 431 New Brunswick, NJ 08903 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 6,057.95 |
| Account No. | | | 2005 | | | | |
| Technician NC State University BOX 7203 Raleigh, NC 27695-7203 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 10,702.50 |
| Account No. | | | 2005 | | | | |
| Telescope Palomar College Telescope 1140 W. Mission Road San Marcos, CA 92069 | | - | Debt incurred by Berman and Associates, Inc. | | | X | 3,300.00 |
| Account No. | | | 2005 | | | | |
| Ticker Student Newspaper of Baruch College One Bernard Baruch Way, Box 3-290 New York, NY 10010 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 7,950.00 |
| Account No. | | | 2005 | | | | |
| Times Retail Box 644027 Cincinnati, OH 45264 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 827.52 |

Sheet no. __38__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    28,837.97

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                      ,        Case No. _____
                                             Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Torch** Official Student Newspaper, Univers Center oom 29, 800 Utopia Parkway Queens, NY 11439 | X | - | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 2,535.00 |
| Account No. **Tower** 127 Pryzbyla Center, Cardinal Stati 620 Nichigan Avenue, NE Washington, DC 20064 | X | - | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 1,367.38 |
| Account No. **Transit Advertising Group** 18470 W. Ten Mile Road Suite 100 Southfield, MI 48075 | X | - | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 743.30 |
| Account No. **TVI Times** 525 Buena Vista SE Suite 12B Albuquerque, NM 87106 | X | - | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 1,425.00 |
| Account No. **Tyler Morning Telegraph** 410 W. Erwin Street P.O. Box 2030 Tyler, TX 75710-2030 | X | - | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 697.14 |

Sheet no. __**39**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,767.82

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Jay M Berman** _____,  Case No. _____
                                                       Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 | | | | |
| Tyler Publishing 1828 ESE Loop 323 Suite 312 Tyler, TX 75701 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 540.00 |
| Account No. | | | 2005 | | | | |
| UC Berkeley Bus Announcement University of Californis, Berkeley 191 University Hall Berkeley, CA 94720-1106 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 851.25 |
| Account No. | | | 2005 | | | | |
| University Chronicle 13 Stewart Hall 720 4th Avenue South Saint Cloud, MN 56301-4498 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 4,527.00 |
| Account No. | | | 2005 | | | | |
| Vanderbilt Hustler 2301 Vanderbilt Place VU Station B 351504 Nashville, TN 37235-1504 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 4,055.00 |
| Account No. | | | 2005 | | | | |
| Vermilion P.O.Box 44813 Lafayette, LA 70504-4813 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 1,359.00 |

Sheet no. __40__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   11,332.25

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                          Case No. _____
                                                                ,
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Voice**<br>**Glendale Community College**<br>**6000 W. Olive Avenue**<br>**Glendale, AZ 85302** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 676.00 |
| Account No.<br><br>**Voyager**<br>**1100 University Parkway**<br>**Building 36, Room 110**<br>**Pensacola, FL 32514** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 759.00 |
| Account No.<br><br>**VPI Sales**<br>**P.O. Box 1000**<br>**Dept. 173**<br>**Memphis, TN 38148** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 1,074.94 |
| Account No.<br><br>**WACL-FM**<br>**Clear Channel Broadcasting**<br>**5940 Collections Center Drive**<br>**Chicago, IL 60693** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 2,078.25 |
| Account No.<br><br>**WAMX-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 406074**<br>**Atlanta, GA** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 1,177.25 |

Sheet no. __41__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        5,765.44

Form B6F - Cont.
(10/05)

In re **Jay M Berman**                                                                   Case No. _____
                                                                                ,
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Washington City Paper 2390 Champlain Street, NW Washington, DC 20009 | X | - | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 399.50 |
| Account No. 5416-5739-3235-0260  Washington Mutual POB 660487 Dallas, TX 75266 | | - | | revolving credit card charges | | | | 5,758.00 |
| Account No. 4185 8122 5522 3460  Washington Mutual POB 660487 Dallas, TX 75266 | | - | | revolving credit card charges | | | | 500.00 |
| Account No.  WASK-FM P.O. Box Lafayette, IN 47903 | X | - | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 975.12 |
| Account No.  WAVF-FM Apex Broadcasting, Inc P.O. Box 62726 North Charleston, SC 29419 | X | - | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | 1,687.25 |

Sheet no. __42__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,319.87

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**                                                                    , Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | 2005 | | | | |
| **WAZR-FM** **Clear Channel Broadcasting** **5940 Collections Center Drive** **Chicago, IL 60693** | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 2,427.60 |
| Account No. | | | | | 2005 | | | | |
| **WAZY-FM** **Artistic Media Partners** **3824 South 18th Street** **Lafayette, IN 47909** | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,791.70 |
| Account No. | | | | | 2005 | | | | |
| **WBKS-FM** **Clear Channel Broadcasting** **P.O. Box 406074** **Atlanta, GA 30384-6074** | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 437.75 |
| Account No. | | | | | 2005 | | | | |
| **WBLK-FM** **P.O. Box 13077** **Newark, NJ 07188** | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,870.00 |
| Account No. | | | | | 2005 | | | | |
| **WBTJ-FM** **Clear Channel Broadcasting** **P.O. Box 402584** **Atlanta, GA 30384-2584** | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 4,373.25 |

Sheet no. __43__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10,900.30

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**                                                                          , Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | | |
| **WCIL-FM**<br>**P.O. Box 1610**<br>**Cape Girardeau, MO 63702-1610** | X | - | | | | | | X | |
| | | | | | | | | | 2,720.00 |
| Account No. | | | | | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | | |
| **WCLD-FM**<br>**P.O. Box 780**<br>**Cleveland, MS 38732** | X | - | | | | | | X | |
| | | | | | | | | | 303.45 |
| Account No. | | | | | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | | |
| **WDTL-FM**<br>**Hodges Broadcasting**<br>**P.O. Box 1438**<br>**Cleveland, MS 38732** | X | - | | | | | | X | |
| | | | | | | | | | 436.05 |
| Account No. | | | | | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | | |
| **WEDG-FM**<br>**50 James E. Casey Drive**<br>**Buffalo, NY 14206** | X | - | | | | | | X | |
| | | | | | | | | | 1,151.75 |
| Account No. | | | | | **Business loan adminstered through the Small Business Administration** | | | | |
| **Wells Fargo Bank**<br>**POB 182128**<br>**Columbus, OH 43218** | X | - | | | | | | | |
| | | | | | | | | | 25,000.00 |

| | | |
|---|---|---|
| Sheet no. __**44**__ of __**53**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 29,611.25 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 | | | | |
| WERV-FM Next Media Operating Dept. 809250 Chicago, IL 60680-9250 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 977.50 |
| Account No. | | | | | 2005 | | | | |
| Wesleyan Argus Wes P.O. Box 7055 222 Church Street Middletown, CT 06459 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 728.00 |
| Account No. | | | | | 2005 | | | | |
| WEUP-FM P.O. Box 11398 Huntsville, AL 35814-1398 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 2,962.25 |
| Account No. | | | | | 2005 | | | | |
| WFKS-FM Clear Channel Broadcasting P.O. Box 402526 Atlanta, GA 30384-2526 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 841.50 |
| Account No. | | | | | 2005 | | | | |
| WGBT-FM Clear Channel Broadcasting P.O. Box 402520 Atlanta, GA 30384-2520 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 3,655.00 |

Sheet no. __45__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,164.25

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __Jay M Berman_____,    Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **WGMG-FM** <br> **1010 Tower Place** <br> **Bogart, GA 30622** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 688.50 |
| Account No. <br><br> **WHRP-FM** <br> **P.O. Box 643252** <br> **Cincinnati, OH 45264-3252** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 548.25 |
| Account No. <br><br> **WHTF-FM** <br> **3000 Oles Road** <br> **Tallahassee, FL 32308** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 2,695.35 |
| Account No. <br><br> **WHUR-FM** <br> **Rojas & Walker** <br> **620 Oak Harbor Blv., 2nd Floor** <br> **Slidell, LA 70458** | X | - | **205** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 2,415.00 |
| Account No. <br><br> **WHXT-FM** <br> **P.O. Box 9127** <br> **1900 Pineview Drive** <br> **Columbia, SC 29209** | X | - | **2005** <br> **Debt incurred by Berman and Associates, Inc.** | | | X | 4,033.25 |

Sheet no. __46__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,380.35

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Jay M Berman**
_____,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WHYN-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 402660**<br>**Atlanta, GA 30384-2660** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 646.00 |
| Account No.<br><br>**Williams Record**<br>**Williams College**<br>**1018 Baxter Hall**<br>**Williamstown, MA 01267** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 540.00 |
| Account No.<br><br>**WJBT-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 402526**<br>**Atlanta, GA 30384-2526** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 2,562.75 |
| Account No.<br><br>**WJMH-FM**<br>**Entercom Communications**<br>**7819 National Services Rd., Ste.401**<br>**Greensboro, NC 27409** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 2,295.00 |
| Account No.<br><br>**WKEE-FM**<br>**Claer Channel Broadcasting**<br>**P.O.Box 406074**<br>**Atlanta, GA 30384-6074** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 2,482.00 |

Sheet no. __47__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,525.75

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __Jay M Berman_____,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WKHY-FM**<br>**P.O. Box 7880**<br>**Lafayette, IN 47903** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 814.50 |
| Account No.<br><br>**WKOR-FM**<br>**Cumulus Broadcasting**<br>**P.O. Box 643123**<br>**Cincinnati, OH 45264-3123** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 1,041.25 |
| Account No.<br><br>**WKZL-FM**<br>**P.O. Box 36070**<br>**Greensboro, NC 27416-6070** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 2,890.00 |
| Account No.<br><br>**WLFF-FM**<br>**Artistic Media Partners**<br>**3824 South 18th Street**<br>**Lafayette, IN 47909** | X | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 283.05 |
| Account No.<br><br>**WLFI-TV**<br>**90361 Collection Center Drive**<br>**Chicago, IL 60693** | | - | **2005**<br>**Debt incurred by Berman and Associates, Inc.** | | | X | 654.50 |

Sheet no. __48__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     5,683.30

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re   **Jay M Berman**
_____,   Case No. _____
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| **WLZX-FM 45 Fisher Avenue East Longmeadow, MA 01028** | | | | | | | | | 2,235.50 |
| Account No. | | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| **WMBC-FM Culumus Broadcasting P.O. Box 643123 Cincinnati, OH 45264-3123** | | | | | | | | | 387.60 |
| Account No. | | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| **WMVP Radio Commercial Collections Corporation 34 Seymour Street Tonawanda, NY 14150** | | | | | | | | | 6,146.00 |
| Account No. | | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| **WPUP-FM Southern Broadcasting Companies 1010 Tower Place Bogart, GA 30622** | | | | | | | | | 527.00 |
| Account No. | X | - | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| **WRAL-FM 711 Hillsborough Street Raleigh, NC 27603** | | | | | | | | | 2,550.00 |

Sheet no. __**49**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **11,846.10**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jay M Berman**                                                          , Case No. _____

                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2005 | | | | |
| WRDU-FM Clear Channel Broadcasting P.O. Box 402570 Atlanta, GA 30384-2570 | | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,870.00 |
| Account No. | | | | | 2005 | | | | |
| WRIF-FM Great Media Detroit 8662 Reliable Parkway Chicago, IL 60686-0086 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 2,890.00 |
| Account No. | | | | | 2005 | | | | |
| WRUF-FM P.O. Box 14444 University Station Gainesville, FL 32604 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,139.00 |
| Account No. | | | | | 2005 | | | | |
| WRVQ-FM Clear Channel Broadcasting P.O. Box 402584 Atlanta, GA 30384-2584 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 2,350.25 |
| Account No. | | | | | 2005 | | | | |
| WRXL-FM Clear Channel Broadcasting P.O. Box 402584 Atlanta, GA 30384-2584 | X | - | | | Debt incurred by Berman and Associates, Inc. | | | X | 1,007.25 |

Sheet no. __50__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    9,256.50

Form B6F - Cont.
(10/05)

In re __Jay M Berman_____,    Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| WRYV-FM P.O. Box 661 Gallipolis, OH 45631 | X | - | | | | | | | 195.50 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| WSCR Radio Szabo Associates 3355 Lenox Road NE 9th Floor Atlanta, GA 30326 | X | - | | | | | | | 11,750.00 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| WSSP-FM Clear Channel Broadcasting P.O. Box 406337 Atlanta, GA 30384-6337 | X | - | | | | | | | 1,470.50 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| WTAO-FM Clear Channel Broadcasting 5623 Collections Center Chicago, IL 60693 | X | - | | | | | | | 2,363.00 |
| Account No. | | | | | 2005 Debt incurred by Berman and Associates, Inc. | | | X | |
| WTMG-FM Sunshine Broadcasting 100 NW 76th Drive, Suite 2 Gainesville, FL 32607 | X | - | | | | | | | 7,216.50 |

Sheet no. __51__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                22,995.50

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __Jay M Berman__ , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>WWDM-FM<br>P.O. Box 9127<br>1900 Pineview Drive<br>Columbia, SC 29209 | X | - | 2005<br>Debt incurred by Berman and Associates, Inc. | | | X | 2,796.50 |
| Account No.<br><br>WWLD-FM<br>P.O. Box 643228<br>Cincinnati, OH 45264-3123 | X | - | 2005<br>Debt incurred by Berman and Associates, Inc. | | | X | 1,802.00 |
| Account No.<br><br>WWWZ-FM<br>4230 Faber Place Drive<br>Suite 100<br>North Charleston, SC 29405 | X | - | 2005<br>Debt incurred by Berman and Associates, Inc. | | | X | 2,201.50 |
| Account No.<br><br>WXSR-FM<br>Clear Channel Broadcasting<br>P.O. Box 402588<br>Atlanta, GA 30384-2588 | X | - | 2005<br>Debt incurred by Berman and Associates, Inc. | | | X | 4,972.50 |
| Account No.<br><br>WXTQ-FM<br>300 Columbus Road<br>P.O. Box 210<br>Athens, OH 45701 | X | - | 2005<br>Debt incurred by Berman and Associates, Inc. | | | X | 531.25 |

Sheet no. __52__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 12,303.75

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Jay M Berman**                                                                    , Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 | | | | |
| WXXB-FM P.O. Box 7880 Lafayette, IN 47903 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 814.50 |
| Account No. | | | 2005 | | | | |
| WZBQ-FM Clear Channel Broadcasting P.O. Box 406056 Atlanta, GA 30384 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 480.25 |
| Account No. | | | 2005 | | | | |
| Xavier Newswire Xavier University 3800 Victory Parkway Cincinnati, OH 45207-2129 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 1,182.00 |
| Account No. | | | 2005 | | | | |
| Zipsheet 747 Meeting Street West Columbia, SC 29169 | X | - | Debt incurred by Berman and Associates, Inc. | | | X | 475.00 |
| Account No. | | | | | | | |

Sheet no. __53__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 2,951.75 |
| Total (Report on Summary of Schedules) | | 1,498,366.75 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6G
(10/05)

In re   **Jay M Berman**                                                          ,   Case No. _____

                                              Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BMW Financial Services**<br>**POB 390902**<br>**Minneapolis, MN 55439** | **vehicle lease - to be retained** |
| **Nissan Infiniti**<br>**POB 0548**<br>**Carol Stream, IL 60132** | **vehicle lease - to be surrendered** |

**0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6H
(10/05)

In re    **Jay M Berman**                                                                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Northview Bank & Trust**<br>**245 Waukegan Rd.**<br>**Northfield, IL 60093** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **LaSalle Bank**<br>**Commercial Loan Payments**<br>**8617 Innovation Way**<br>**Chicago, IL 60682** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Wells Fargo Bank**<br>**POB 182128**<br>**Columbus, OH 43218** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Acorn**<br>**P.O. Box 802**<br>**CM:L-321: Drew University**<br>**Madison, NJ 07940** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **All State**<br>**Austin Peay State University**<br>**P.O. Box 4634**<br>**Clarksville, TN 37044** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Alligator**<br>**P.O. Box 14257**<br>**Gainesville, FL 32604** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Antelope**<br>**University of nebraska at Kearney**<br>**P.O.Box 120**<br>**Kearney, NE 68849** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Aquinas**<br>**University of Scranton**<br>**Box C**<br>**Scranton, PA 18510** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Archway**<br>**Bryant University**<br>**Box 7**<br>**Smithfield, RI 02917** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Arthur**<br>**751 George St. N**<br>**Suite 104**<br>**Peterborough, Ontario, CA** |

____**22**____  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

In re **Jay M Berman** _____,    Case No. _____

                                                Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Athenas Messenger<br>3085 Woodman Drive<br>Kettering, OH 45420 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Athens Banner Herald<br>P.O. Box 932759<br>Atlanta, GA 31193 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Ausrin Chronicle<br>P.O. Box 49066<br>Austin, TX 78765 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Avion<br>600 S. Clyde Morris Blvd.<br>Daytona Beach, FL 32114 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Baylor Lariat<br>One Bear Place #97330<br>Waco, TX 76798 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Beachcomber<br>Palm Beach Community College<br>4200 N. Congress Avenue<br>Lake Worth, FL 33461 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Bengal<br>Idaho State University<br>Campus Box 8009<br>Pocatello, ID 83209 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Blue & White Flash<br>Jackson State University<br>P.O. Box 18449<br>Jackson, MS 39217 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Breeze<br>G1 Anthony-Seeger Hall<br>MSC 6805, James Madison University<br>Harrisonburg, VA 22807 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Brookhaven Courier<br>Brookhaven College<br>3939 Valley View Lane<br>Farmers Branch, TX 75244 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Brunswickan<br>21 pacey Drive, UNB<br>SUB-Room 35<br>Frederiction, N.B. E3B 5A3 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Bulletin<br>1000 E. Victoria Street<br>Carson, CA 90747 |

Sheet __1__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re   **Jay M Berman**                                                    ,   Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Butler Collegian**<br>**Eugene S.Pulliam School of Journali**<br>**Butler University 4600 Sunset Ave.**<br>**Indianapolis, IN 46208** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **California Times**<br>**Student Association Business office**<br>**3rd. floor, Natali Student Center**<br>**California, PA 15419** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Campus Echo**<br>**1801 Fayetteville Street**<br>**Durham, NC 27707** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Campus Times Newspaper**<br>**1950 Third Street**<br>**La Verne, CA 91750** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Carolinian**<br>**Box 10, Elliott University Center**<br>**The university of North Carolina**<br>**Greensboro, NC 27412** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **CBS Outdoor**<br>**a/k/a Viacom Outdoor**<br>**185 US Highway 46**<br>**Fairfield, NJ 07004** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Chanticleer**<br>**Coastal Carolina Unive.Student News**<br>**P.O. Box 261954**<br>**Conway, SC 29528** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Charlatan Pubilcations**<br>**531 Unicentre**<br>**1125 Colonel By Drive**<br>**Ottawa, Ontario K1S 5B6** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Chicago Sun-Times**<br>**Midwest Suburban Publishing**<br>**6901 W. 159th Street**<br>**Tinley Park, IL 60477** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Chronicle**<br>**P.O. Box 3146**<br>**Savannah, GA 31402** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Chronicle (Quinnipiac)**<br>**Quinnipiac University**<br>**275 Mount Carmel Avenue, Box 10**<br>**Hamden, CT 06518** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **Jay M Berman**                                                    ,   Case No. _____

                                        Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **City of Gainesville**<br>**Billing & Collection, Station 47**<br>**P.O. Box 490**<br>**Gainesville, FL 32602** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **CIUT-FM**<br>**91 St. George Street**<br>**Toronto, Ontario M55 2E8** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **CKEY-EM**<br>**c/o WILD Radio 101**<br>**P.O. Box 275**<br>**Niagara Falls, NY 14302-9998** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Clear Channel Outdoor**<br>**4000 South Morgan Street**<br>**Chicago, IL 60609-2581** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Collegian**<br>**555 N. Indian Creek Drive**<br>**Clarkston, GA 30021** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Collegiate**<br>**Grend Rapids Community College**<br>**143 Bostwick NE, Student Newspaper**<br>**Grand Rapids, MI 49503** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Columbia Chronicle**<br>**623 S. Wabash Street**<br>**Suite 205**<br>**Chicago, IL 60605** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Comment**<br>**Bridgewater State College**<br>**Rondileau Campus Center**<br>**Bridgewater, MA 02325** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Commonwealth Timess**<br>**P.O. Box 842010**<br>**910 W. Main Street, Room 1149**<br>**Richmond, VA 23284** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Corsair**<br>**Pensacola Junior College**<br>**1000 College Blvd.,Bldg.4, Room 469**<br>**Pensacola, FL 32504** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Courier**<br>**425 22nd Street**<br>**Glen Ellyn, IL 60137** |

Sheet __3__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Jay M Berman**                                                   , Case No. _____
                                          Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Creightonian**<br>**Creighton University**<br>**2500 California Street**<br>**Omaha, NE 68178** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Zipsheet**<br>**747 Meeting Street**<br>**West Columbia, SC 29169** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Xavier Newswire**<br>**Xavier University**<br>**3800 Victory Parkway**<br>**Cincinnati, OH 45207-2129** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WZBQ-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 406056**<br>**Atlanta, GA 30384** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WXXB-FM**<br>**P.O. Box 7880**<br>**Lafayette, IN 47903** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WXTQ-FM**<br>**300 Columbus Road**<br>**P.O. Box 210**<br>**Athens, OH 45701** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WXSR-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 402588**<br>**Atlanta, GA 30384-2588** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WWWZ-FM**<br>**4230 Faber Place Drive**<br>**Suite 100**<br>**North Charleston, SC 29405** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WWLD-FM**<br>**P.O. Box 643228**<br>**Cincinnati, OH 45264-3123** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WWDM-FM**<br>**P.O. Box 9127**<br>**1900 Pineview Drive**<br>**Columbia, SC 29209** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WTMG-FM**<br>**Sunshine Broadcasting**<br>**100 NW 76th Drive, Suite 2**<br>**Gainesville, FL 32607** |

Sheet __4__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Jay M Berman**                                                    ,   Case No. _____
                                         Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WTAO-FM**<br>**Clear Channel Broadcasting**<br>**5623 Collections Center**<br>**Chicago, IL 60693** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WRAL-FM**<br>**711 Hillsborough Street**<br>**Raleigh, NC 27603** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WACL-FM**<br>**Clear Channel Broadcasting**<br>**5940 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WAMX-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 406074**<br>**Atlanta, GA** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WASK-FM**<br>**P.O. Box**<br>**Lafayette, IN 47903** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WAVF-FM**<br>**Apex Broadcasting, Inc**<br>**P.O. Box 62726**<br>**North Charleston, SC 29419** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WAZR-FM**<br>**Clear Channel Broadcasting**<br>**5940 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WAZY-FM**<br>**Artistic Media Partners**<br>**3824 South 18th Street**<br>**Lafayette, IN 47909** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WBKS-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 406074**<br>**Atlanta, GA 30384-6074** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WBLK-FM**<br>**P.O. Box 13077**<br>**Newark, NJ 07188** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WBTJ-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 402584**<br>**Atlanta, GA 30384-2584** |

Sheet   **5**   of   **22**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Jay M Berman**                                                              ,    Case No. _____
                                                          Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WCIL-FM**<br>**P.O. Box 1610**<br>**Cape Girardeau, MO 63702-1610** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WCLD-FM**<br>**P.O. Box 780**<br>**Cleveland, MS 38732** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WDTL-FM**<br>**Hodges Broadcasting**<br>**P.O. Box 1438**<br>**Cleveland, MS 38732** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WEDG-FM**<br>**50 James E. Casey Drive**<br>**Buffalo, NY 14206** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WERV-FM**<br>**Next Media Operating**<br>**Dept. 809250**<br>**Chicago, IL 60680-9250** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Wesleyan Argus**<br>**Wes P.O. Box 7055**<br>**222 Church Street**<br>**Middletown, CT 06459** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WEUP-FM**<br>**P.O. Box 11398**<br>**Huntsville, AL 35814-1398** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WFKS-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 402526**<br>**Atlanta, GA 30384-2526** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WGBT-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 402520**<br>**Atlanta, GA 30384-2520** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WGMG-FM**<br>**1010 Tower Place**<br>**Bogart, GA 30622** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WHRP-FM**<br>**P.O. Box 643252**<br>**Cincinnati, OH 45264-3252** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WHTF-FM**<br>**3000 Oles Road**<br>**Tallahassee, FL 32308** |

Sheet   **6**   of   **22**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Jay M Berman**                                                      ,   Case No. _____

                                    Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WHUR-FM**<br>**Rojas & Walker**<br>**620 Oak Harbor Blv., 2nd Floor**<br>**Slidell, LA 70458** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WHXT-FM**<br>**P.O. Box 9127**<br>**1900 Pineview Drive**<br>**Columbia, SC 29209** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WHYN-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 402660**<br>**Atlanta, GA 30384-2660** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Williams Record**<br>**Williams College**<br>**1018 Baxter Hall**<br>**Williamstown, MA 01267** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WJBT-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 402526**<br>**Atlanta, GA 30384-2526** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WJMH-FM**<br>**Entercom Communications**<br>**7819 National Services Rd., Ste.401**<br>**Greensboro, NC 27409** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WKEE-FM**<br>**Claer Channel Broadcasting**<br>**P.O.Box 406074**<br>**Atlanta, GA 30384-6074** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WKHY-FM**<br>**P.O. Box 7880**<br>**Lafayette, IN 47903** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WKOR-FM**<br>**Cumulus Broadcasting**<br>**P.O. Box 643123**<br>**Cincinnati, OH 45264-3123** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WKZL-FM**<br>**P.O. Box 36070**<br>**Greensboro, NC 27416-6070** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WLFF-FM**<br>**Artistic Media Partners**<br>**3824 South 18th Street**<br>**Lafayette, IN 47909** |

Sheet __7__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re   **Jay M Berman**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WSSP-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 406337**<br>**Atlanta, GA 30384-6337** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WSCR Radio**<br>**Szabo Associates**<br>**3355 Lenox Road NE 9th Floor**<br>**Atlanta, GA 30326** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WRYV-FM**<br>**P.O. Box 661**<br>**Gallipolis, OH 45631** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WRXL-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 402584**<br>**Atlanta, GA 30384-2584** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WRVQ-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 402584**<br>**Atlanta, GA 30384-2584** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WRUF-FM**<br>**P.O. Box 14444**<br>**University Station**<br>**Gainesville, FL 32604** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **WRIF-FM**<br>**Great Media Detroit**<br>**8662 Reliable Parkway**<br>**Chicago, IL 60686-0086** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Loyolan**<br>**Daum Hall Loyola Marymount Univerci**<br>**One LMU Drive, MS 8470**<br>**Los Angeles, CA 90045** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Mace and Crown**<br>**Old Dominion Univercity**<br>**Bursar's Office/MC**<br>**Norfolk, VA 23529** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Daily California**<br>**600 Eshleman Hall-UCB**<br>**P.O. Box 1949**<br>**Berkeley, CA 94701** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Daily Egyptian**<br>**1259 Communications Bldg.**<br>**1100 Lincoln Drive**<br>**Carbondale, IL 62901** |

Sheet __8__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re   **Jay M Berman**                                          ,   Case No. _____
                                    Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Daily Illini<br>Illini Media Company<br>57 East Green Street<br>Champaign, IL 61820 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Daily Illini Technograph<br>Illini Media Company<br>57 East Green Street<br>Champaign, IL 61820 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Daily Kent Stater<br>101 Taylor Hall<br>P.O.Box 5190<br>Kent, OH 44242 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Daily Nebraskan<br>20 Nebraska Union<br>P.O.Box 880448<br>Lincoln, NE 68588 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Daily Orange<br>744 Ostrom Avenue<br>Syracuse, NY 13210 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Daily Sundial<br>18111 Nordhoff Street<br>Northridge, CA 91330 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | De Paulia<br>Advertising Derpartment<br>2322 n. Kenmore Avenue<br>Chicago, IL 60614 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Delta Statement<br>Delta State University<br>H.L. Nowell Union 302B-Box 3204<br>Cleveland, MS 38733 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Eagle<br>Mary Graydon Center, Suite 252<br>4400 Massachusetts Avenue NW<br>Washington, DC 20016 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | El Paisano<br>3600 Workman Mill Road<br>Whittier, CA 90601 |
| Berman & Assoc. Inc.<br>910 Skokie Blvd.<br>Northbrook, IL 60062 | Emory Wheel<br>Student Newspaper of Emory Universi<br>Drawer W<br>Atlanta, GA 30322 |

Sheet __9__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Jay M Berman**                                                                    ,   Case No. _____
                                          Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **ESPN**<br>**13039 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Et Cetera**<br>**Eastifield College, Business Office**<br>**3737 Motley Drive**<br>**Mesquite, TX 75150** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Exponent**<br>**University of Alabama**<br>**104 University Center**<br>**Huntsville, AL 35899** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Fairfield Mirror**<br>**1073 North Benson Road**<br>**Box AA - Fairfield University**<br>**Fairfield, CT 06824** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Falcon Times**<br>**Miami Dade College North Campus**<br>**11380 NW 27th Avenue, Room 4209**<br>**Miami, FL 33167** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Flagpole**<br>**P.O. Box 1027**<br>**Athens, GA 30603** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Free Times**<br>**P.O. Box 8295**<br>**Columbia, SC 29202** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **FS View**<br>**P.O.Box 2028**<br>**Tallahassee, FL 32316-0334** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Gainesville Sun**<br>**2700 SW 13th Street**<br>**Gainesville, FL 32608** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Gamecock**<br>**1400 Greene Street**<br>**Russell House 343**<br>**Columbia, SC** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Georgetown Voice**<br>**Georgetown University**<br>**Box 571066 - Leavey 413**<br>**Washington, DC 20057** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Gorge Street Observer**<br>**66 George Street**<br>**Charleston, SC 29412** |

Sheet __10__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

In re   **Jay M Berman**
_____,   Case No. _____
                                              Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **GW Hatchet**<br>**2140 G. Street, NW**<br>**Washington, DC 20052** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Hartford Courant**<br>**P.O. Box 40000 Dept 215**<br>**Hartford, CT 06151** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Hawk**<br>**Saint Joseph University**<br>**5600 City Avenue**<br>**Philadelphia, PA 19131** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Henderson Oracle**<br>**HSU Box 7693**<br>**Arkadelphia, AR 71999** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Herald Advertising**<br>**P.O. Box 1930**<br>**State University, AR 72467** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Hoya**<br>**Georgetown University**<br>**P.O.Box 571065**<br>**Washington, DC 20057** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Humber**<br>**Humber College**<br>**205 Humber College Blvd.**<br>**Etobicoke, Ontario M9W 5L7** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **In Motion**<br>**Daytona Beach Community College**<br>**1200 W. International Speedwaay Blv**<br>**Daytona Beach, FL 32114** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Informer**<br>**Student Newspaper of Univ.of Hartfo**<br>**200 Bloomfield Avenue**<br>**West Hartford, CT 06117** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Insight Media**<br>**2105 West Park Court**<br>**Champaign, IL 61821** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Johnsonian**<br>**Winthrop University Student Publica**<br>**218 Dinkins Student Center**<br>**Rock Hill, SC 29733** |

Sheet __11__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re    **Jay M Berman**
_____,    Case No. _____
                                Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Kance**<br>**Shasta College**<br>**P.O.Box 496006,11555 Old Oregon Tra**<br>**Redding, CA 96049** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KBFM-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 847413**<br>**Dallas, TX 75284-7413** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KBLZ/KAZE**<br>**212 Grande Blvd.**<br>**# C120**<br>**Tyler, TX 75703** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KCDL-FM**<br>**P.O. Box 587**<br>**Weatherford, OK 73096** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KCLD-FM**<br>**P.O. Box 1458**<br>**Saint Cloud, MN 56302** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KFIN-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 847511**<br>**Dallas, TX 75284-7511** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KFRQ-FM**<br>**801 North Jackson Road**<br>**Mcallen, TX 78501** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KFTZ-FM**<br>**Bonneville International**<br>**P.O. Box 699**<br>**Blackfoot, ID 83221** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KIBZ-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 847402**<br>**Dallas, TX 75284-7402** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Kinght News**<br>**Student Union Bkdg**<br>**65-30 Kissena Blvd.**<br>**Flushing, NY 11367** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KISX-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 847424**<br>**Dallas, TX 75284-7424** |

Sheet __**12**__ of __**22**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Jay M Berman**                                                          ,   Case No. _____
_____
                                    Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KIXQ-FM**<br>**Zimmer Radio Group**<br>**P.O.Box 1666**<br>**Joplin, MO 64802** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KIYS-FM**<br>**Clear Channel Broadcastin**<br>**P.O. Box 847511**<br>**Dallas, TX 75284-7511** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KJML-FM**<br>**2510 West 20th Street**<br>**Joplin, MO 64804** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KJYO-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 847319**<br>**Dallas, TX 75284-7319** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KKSR-FM**<br>**Regent Broadcasting**<br>**P.O.Box 86**<br>**Minneapolis, MN 55486-2375** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KKWD-FM**<br>**4045 NW 64th Street**<br>**Suite 600**<br>**Oklahoma City, OK 73116** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KLUV/KOAI**<br>**George Stella Attorney at Low**<br>**1025 Old County Road**<br>**Westbury, NY 11590** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KLXQ-FM**<br>**125 Corporate Terrace**<br>**Hot Springs National Park, AR 71913** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KLZZ-FM**<br>**Regent Broadcasting**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486-2375** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KQKY-FM**<br>**P.O. Box 666**<br>**Kearney, NE 68848** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KQUS-FM**<br>**125 Corporate Terrace**<br>**Hot Springs National Park, AR 71913** |

Sheet __13__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Jay M Berman**                                                                        ,   Case No. _____
                                                      Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Kramer Graphics**<br>**2408 W. Dorthy Lane**<br>**Dayton, OH 45439-1828** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KRNY-FM**<br>**P.O. Box 666**<br>**Kearney, NE 68848** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KRRQ-FM**<br>**202 Galbert Road**<br>**Lafayette, LA 70506-1806** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KSMB-FM**<br>**202 Galbert Road**<br>**Lafayette, LA 70506-1806** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KSPW-FM**<br>**Journal Broadcast Group**<br>**P.O. Box 2180**<br>**Springfield, MO 65801** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KSWF-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 847430**<br>**Dallas, TX 75284-7430** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KSYN-FM**<br>**Zimmer Radio Group**<br>**P.O. Box 1666**<br>**Joplin, MO 64802** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KTEG-FM**<br>**Clear Channel Broadcasting**<br>**P.O.Box847344**<br>**Dallas, TX 75284-7344** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KTEX-FM**<br>**Clear Channel Broadcasting**<br>**P.O. Box 847413**<br>**Dallas, TX 75284-7413** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KWEY-FM**<br>**P.O. Box 587**<br>**Weatherford, OK 73096** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **KYLZ-FM**<br>**P.O. Box 30925**<br>**Albuquerque, NM 87190-0925** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Lariat**<br>**Saddleback College**<br>**28000 Marguerite Parkway**<br>**Mission Viejo, CA 92692** |

Sheet __14__ of __22__ continuation sheets attached to the Schedule of Codebtors

In re   **Jay M Berman**                                                      ,   Case No. _____
                                                    Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Lamar Outdoor**<br>**P.O. Box 96030**<br>**Baton Rouge, LA 70896** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Marietta Daily Journal**<br>**P.O.Box 449**<br>**Marietta, GA 30061** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Marquette Tribune**<br>**Student Media, Marquette Univercity**<br>**1131 West Wisconsin Avenue**<br>**Milwaukee, WI 53233** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Massachusetts Daily Collegian**<br>**Univercity of Massachusetts**<br>**113 Campus Center**<br>**Amherst, MA 01003** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Miami Herld**<br>**One Herald Plaza**<br>**Miami, FL 33132** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Miami Hurricane**<br>**Univercity of Miami**<br>**P.O. Box 248132**<br>**Coral Gables, FL 33124-6922** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Miami Student**<br>**15 MacMilan Hall-Miami University**<br>**Oxford, OH 45056** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Midddletown Press**<br>**2 Main Street**<br>**Middletown, CT 06457** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **MPA**<br>**POB 260**<br>** WPS 30-10 Broadway, Ste. 2601**<br>**Fair Lawn, NJ 07410-8501** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **National Mobile Billboards**<br>**P.O. Box 190153**<br>**Fort Lauderdale, FL 33319** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **News Record**<br>**Student Life Pavilions, Suite 160**<br>**P.O. Box 210136**<br>**Cincinnati, OH 45221-0136** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **North Star News**<br>**North Harris College**<br>**2700 W. W. Thorne Drive**<br>**Houston, TX 77073** |

Sheet __15__ of __22__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Jay M Berman**                                                                        , Case No. _____
                                                     Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **North Texas Daily**<br>**P.O. Box 311241**<br>**Denton, TX 76203-1241** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Northerner**<br>**Nunn Drive UC 203**<br>**Highland Heights, KY 41099** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Observer**<br>**350 Martin Luter King. Jr. Blvd.**<br>**Robeson Campus Center_Room 237**<br>**Newark, NJ 07102** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Observer (Notre Dame)**<br>**024 South Dining Hall**<br>**P.O. Box 779**<br>**Notre Dame, IN 46556** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Oklahoma Daily**<br>**860 Van Vleet Oval, Room 149A**<br>**Norman, OK 73019-2052** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **On Campus Advertising**<br>**163 Canal Street**<br>**Suite 301**<br>**Boston, MA 02114** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Opus Broadcasting**<br>**c/o Vericore**<br>**1200 West Causeway Approach**<br>**Mandeville, LA 70471** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Oracle**<br>**Student Association,SUB428,Suny Ne**<br>**75 S. Manheim Blvd.**<br>**New Paltz, NY 12561** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **OTC Eagle**<br>**Ozarks Technical Community College**<br>**P.O. Box 5958**<br>**Springfield, MO 65801-5958** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Pan American**<br>**University of Texas**<br>**1201 West University Drive**<br>**Edinburg, TX 78541-2999** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Parthenon**<br>**309 Smith Hall**<br>**Marshall University**<br>**Huntington, WV 25755** |

Sheet __16__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Jay M Berman**_____,   Case No._____

                                        Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Patriot**<br>**c/o Francis Marion University**<br>**P.O. Box 100547, UC Room 201**<br>**Florence, SC 29501** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Post**<br>**20 East Union Street**<br>**Athens, OH 45701** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Professional Sports Publications**<br>**355 Lexington Avenue**<br>**New York, NY 10017** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Prospector**<br>**2088 North Beal Road**<br>**Marysville, CA 95901** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Purdue Exponent**<br>**P.O.Box 2506**<br>**460 Northwestern Avenue**<br>**West Lafayette, IN 47006-2506** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Ranger**<br>**San Antonio College, Dept. of Journ**<br>**1300 San Pedro Avenue, Loftin Stude**<br>**San Antonio, TX 78212-4299** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Real Detroit Weekly**<br>**359 Livernois-2nd Floor**<br>**Ferndale, MI 48220** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Red & Black**<br>**540 Baxter Street**<br>**Athens, GA 30605** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Richland Chronicle**<br>**12800 Abrams Road**<br>**Dallas, TX 75243-2199** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Richmond Times**<br>**P.O. Box 27775**<br>**Richmond, VA 23261-7775** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Rider News**<br>**Rider Univercity**<br>**2083 Lawrenceville Road**<br>**Lawerenceville, NJ 08648** |

Sheet __17__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Jay M Berman**                                                                                    Case No. _____
                                                                                   ,
                                                 Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Rock Hill Herald**<br>**P.O. Box 2242**<br>**Raleigh, NC 27602-2242** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Rreef Real Estate**<br>**One Mid America Plaze**<br>**Route 83 & 22nd Street, Suite 110**<br>**Oakbrook Terrace, IL 60181** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Saber**<br>**Columbus State University**<br>**4225 University Avenue**<br>**Columbus, GA 31907** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **San Francisco Foghorn**<br>**2130 Fulton Street**<br>**San Francisco, CA 94117-1080** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Scribe**<br>**Seminole Community College**<br>**100 Weldon Blvd.**<br>**Sanford, FL 32773-6199** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Setonian**<br>**Seton Hall University Newspaper**<br>**400 South Organe Avenue**<br>**South Orange, NJ 07079** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Shorthorn**<br>**P.O. Box 19038**<br>**Arlington, TX 76019** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Sign Co USA**<br>**1350 University Avenue**<br>**Berkeley, CA 94702** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Signal**<br>**33 Gilmer Street**<br>**Room 200**<br>**Atlanta, GA 30303** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Silhouette**<br>**801 Campus drive**<br>**Garden City, KS 67846** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Sophian**<br>**Smith College**<br>**Capen Annex, Smith College**<br>**Northampton, MA 01063** |

Sheet __18__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Jay M Berman**                                                                        ,   Case No. _____
                                                                    Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Southwestern**<br>**Southwestern Oklahoma State Univers**<br>**100 Campus Drive**<br>**Weatherford, OK 73096** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Southern Digest**<br>**southern University**<br>**P.O. Box 10180**<br>**Baton Rouge, LA 70813** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Spark**<br>**CPCC-Central Campus**<br>**P.O. Box 35009**<br>**Charlotte, NC 28235-5009** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Spectrum**<br>**PO Box 10835**<br>**Albany, NY 12201** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Spelman Spotlight**<br>**350 Spelman Lane**<br>**Box 1234**<br>**Atlanta, GA 30314-4399** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Spinnaker**<br>**Bldg.14Room2627, North Florida Univ**<br>**4567 St. Johns Bluff Rd. S**<br>**Jacksonville, FL 32224-2645** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Squelch**<br>**P.O. Box 4116**<br>**Berkeley, CA 94704** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Stanford Daily**<br>**The Stroke Publications Building**<br>**Suite 101 Mail Code 2240**<br>**Stanford, CA 94305** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **State Newspaper**<br>**P.O. Box 402666**<br>**Atlanta, GA 30384-2666** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Staten Island Advance**<br>**950 Fingerboard Road**<br>**Staten Island, NY 10305** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Stoutonia**<br>**137 Memorial Student Center**<br>**302 10th Avenue**<br>**Menomonie, WI 54751** |

Sheet ___**19**___ of ___**22**___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Jay M Berman**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Student Life**<br>**WU Student Media, Inc.**<br>**one Brookings Drive #1039**<br>**Saint Louis, MO 63130** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Swift Outdoor**<br>**P.O. Box 7656**<br>**Waco, TX 76714-7656** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Syracuse Record**<br>**800 Nottingham Road**<br>**Syracuse, NY 13224** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Talon Marks**<br>**11110 Alondra Blvd.**<br>**Norwalk, CA 90650** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Targum Publishing**<br>**126 College Avenue**<br>**Suite 431**<br>**New Brunswick, NJ 08903** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Technician**<br>**NC State University**<br>**BOX 7203**<br>**Raleigh, NC 27695-7203** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Ticker**<br>**Student Newspaper of Baruch College**<br>**One Bernard Baruch Way, Box 3-290**<br>**New York, NY 10010** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Times Retail**<br>**Box 644027**<br>**Cincinnati, OH 45264** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Torch**<br>**Official Student Newspaper, Univers**<br>**Center oom 29, 800 Utopia Parkway**<br>**Queens, NY 11439** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Tower**<br>**127 Pryzbyla Center, Cardinal Stati**<br>**620 Nichigan Avenue, NE**<br>**Washington, DC 20064** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Transit Advertising Group**<br>**18470 W. Ten Mile Road**<br>**Suite 100**<br>**Southfield, MI 48075** |

Sheet __20__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Jay M Berman** _____,   Case No. _____

                                    Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **TVI Times**<br>**525 Buena Vista SE**<br>**Suite 12B**<br>**Albuquerque, NM 87106** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Tyler Morning Telegraph**<br>**410 W. Erwin Street**<br>**P.O. Box 2030**<br>**Tyler, TX 75710-2030** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Tyler Publishing**<br>**1828 ESE Loop 323**<br>**Suite 312**<br>**Tyler, TX 75701** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **UC Berkeley Bus Announcement**<br>**University of Californis, Berkeley**<br>**191 University Hall**<br>**Berkeley, CA 94720-1106** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **University Chronicle**<br>**13 Stewart Hall**<br>**720 4th Avenue South**<br>**Saint Cloud, MN 56301-4498** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Vanderbilt Hustler**<br>**2301 Vanderbilt Place**<br>**VU Station B 351504**<br>**Nashville, TN 37235-1504** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Vermilion**<br>**P.O.Box 44813**<br>**Lafayette, LA 70504-4813** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Voice**<br>**Glendale Community College**<br>**6000 W. Olive Avenue**<br>**Glendale, AZ 85302** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Voyager**<br>**1100 University Parkway**<br>**Building 36, Room 110**<br>**Pensacola, FL 32514** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **VPI Sales**<br>**P.O. Box 1000**<br>**Dept. 173**<br>**Memphis, TN 38148** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Washington City Paper**<br>**2390 Champlain Street, NW**<br>**Washington, DC 20009** |

Sheet __21__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Jay M Berman**                                                          ,   Case No. _____
                                                                Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Follett Higher Education**<br>**c/o Seyfarth Shaw**<br>**55 West Monroe #4200**<br>**Chicago, IL 60603** |
| **Berman & Assoc. Inc.**<br>**910 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Jacob & Newmark**<br>**100 Lexington Drive**<br>**Buffalo Grove, IL 60089** |

Sheet __22__ of __22__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6I
(10/05)

In re  **Jay M Berman**                                                                 Case No. _____
                                   Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP:<br>**Son**<br>**Daughter** | AGE:<br>**16**<br>**20** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Media Buyer** | |
| Name of Employer | **Berman & Associates, Inc.** | |
| How long employed | **20 years** | |
| Address of Employer | **910 Skokie Blvd.**<br>**Northbrook, IL 60062** | |

INCOME:  (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions  (Prorate if not paid monthly.) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b.  Insurance | $ | 0.00 | $ | N/A |
| c.  Union dues | $ | 0.00 | $ | N/A |
| d.  Other (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | N/A |
| 11. Social security or other government assistance (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | N/A |

16. TOTAL COMBINED MONTHLY INCOME:        $ _____ 0.00        (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor's employer is not longer actively conducting business and no longer paying employees.  Debtor is seeking employment with other media buying companies.**

Form B6J
(10/05)

In re  **Jay M Berman**                                                                    Case No. _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,500.00 |
| a. Are real estate taxes included?                Yes ___         No __X__ | | |
| b. Is property insurance included?                Yes ___         No __X__ | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | 30.00 |
| c. Telephone | $ | 80.00 |
| d. Other  **Cable TV/ Internet** | $ | 40.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 20.00 |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 80.00 |
| b. Life | $ | 942.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 225.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | |
| a. Auto | $ | 603.00 |
| b. Other  **Second Mortgage** | $ | 700.00 |
| c. Other  **car lease** | $ | 325.00 |
| d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 3,200.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 9,645.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Total monthly income from Line 16 of Schedule I | $ | 0.00 |
| b.    Total monthly expenses from Line 18 above | $ | 9,645.00 |
| c.    Monthly net income (a. minus b.) | $ | -9,645.00 |

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jay M Berman**

Debtor(s)

Case No.

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **89** sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 23, 2006**

Signature   **/s/ Jay M Berman**

**Jay M Berman**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jay M Berman** _____    Case No. _____

_____    Chapter    **7**    _____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$25,000.00** | **2006 YTD Berman & Assoc.** |
| **$26,000.00** | **2005 Berman & Assoc.** |
| **$50,000.00** | **2004 Berman & Assoc.** |
| **$58,000.00** | **2003 Berman & Assoc.** |

2

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None ☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Lori Berman | May 2006, June 2006, July 2006 | $9,600.00 | $0.00 |

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Follett Higher Education v. Jay Berman and Berman & Assoc., Inc.  2006 CH 16075 | Injunction, breach of contract, fraud | Circuit Court of Cook County, Illinois | Prejudgment |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Leonard S. Becker** **312 N. May #100** **Chicago, IL 60607** | **7/2006** | **$1000** |

4

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Northview Bank & Trust 245 Waukegan Rd. Northfield, IL 60093** | **Debtor** | **Bonds titled to and owned by Debtor's children** | |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Debtor's Children 1130 Pine Oaks Cir. Lake Forest, IL 60045** | **Bonds** | **Bonds held in Safe Deposit Box at Northern Trust** |

5

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **7 Friar Tuck, Lincolnshire, IL  60069** | | **2002** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Berman & Associates Inc.** | **26-3528784** | **910 Skokie Blvd. Northbrook, IL 60062** | **Media Buying** | **1987 - 2006** |

None
■

   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jacobs & Newmark PC 100 Lexington Drive, #250 Buffalo Grove, IL 60089** | **2000 - 2006** |

None
☐

   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Jacobs & Newmark PC** | **100 Lexington Drive, Suite 250 Buffalo Grove, IL 60089** | **2000 - 2006** |

None
☐

   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Jacobs & Newmark PC** | **100 Lexington Drive #250 Buffalo Grove, IL 60089** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **LaSalle Bank**<br>**Commercial Loan Payments**<br>**8617 Innovation Way**<br>**Chicago, IL 60682** | **2005** |
| **Wells Fargo Bank**<br>**POB 182128**<br>**Columbus, OH 43218** | **2005** |

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

8

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION               TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                      TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **August 23, 2006**               Signature    **/s/ Jay M Berman**

                                            **Jay M Berman**
                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Jay M Berman__ _____
Debtor(s)

Case No. _____

Chapter __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

■  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■  I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| household appliances | ABT TV / GE Finance | Debtor will retain collateral and continue to make regular payments. | | | |
| furniture | Ashley Furniture | Debtor will retain collateral and continue to make regular payments. | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| vehicle lease - to be retained | BMW Financial Services | X |
| vehicle lease - to be surrendered | Nissan Infiniti | |

Date __August 23, 2006__ _____

Signature __/s/ Jay M Berman__ _____
Jay M Berman
Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Jay M Berman**                                        Case No. _____
                                          Debtor(s)        Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.............................................................   $ _____ **2,500.00**

    Prior to the filing of this statement I have received.............................................   $ _____ **1,000.00**

    Balance Due...............................................................................................................   $ _____ **1,500.00**

2.  $___**0.00**___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 23, 2006**                          **/s/ Leonard S. Becker**
                                                      **Leonard S. Becker**
                                                      **Leonard S. Becker**
                                                      **312 N. May**
                                                      **Suite 100**
                                                      **Chicago,  60607**
                                                      **312-492-7700  Fax: 312-492-7702**
                                                      **lenbecker@sbcglobal.net**

---

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Leonard S. Becker** | X **/s/ Leonard S. Becker** | **August 23, 2006** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**312 N. May**
**Suite 100**
**Chicago,  60607**
**312-492-7700**

**Certificate of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Jay M Berman** | X **/s/ Jay M Berman** | **August 23, 2006** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jay M Berman**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **276**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 23, 2006**

**/s/ Jay M Berman**
**Jay M Berman**
Signature of Debtor

```
ABT TV / GE Finance
POB 960061
Orlando, FL 32896-0001


Acorn
P.O. Box 802
CM:L-321: Drew University
Madison, NJ 07940


All State
Austin Peay State University
P.O. Box 4634
Clarksville, TN 37044


Alligator
P.O. Box 14257
Gainesville, FL 32604


American Express
POB 297879
Fort Lauderdale, FL 33329


Antelope
University of nebraska at Kearney
P.O.Box 120
Kearney, NE 68849


Aquinas
University of Scranton
Box C
Scranton, PA 18510


Archway
Bryant University
Box 7
Smithfield, RI 02917


Arthur
751 George St. N
Suite 104
Peterborough, Ontario, CA


Ashley Furniture
American General Finance
POB 790370
Saint Louis, MO 63179-0061
```

Athenas Messenger
3085 Woodman Drive
Kettering, OH 45420


Athens Banner Herald
P.O. Box 932759
Atlanta, GA 31193


Ausrin Chronicle
P.O. Box 49066
Austin, TX 78765


Avion
600 S. Clyde Morris Blvd.
Daytona Beach, FL 32114


Baylor Lariat
One Bear Place #97330
Waco, TX 76798


Beachcomber
Palm Beach Community College
4200 N. Congress Avenue
Lake Worth, FL 33461


Bengal
Idaho State University
Campus Box 8009
Pocatello, ID 83209


Berman & Assoc. Inc.
910 Skokie Blvd.
Northbrook, IL 60062


Berman & Associate, Inc.
910 Skokie Blvd.
Northbrook, IL 60062


Blue & White Flash
Jackson State University
P.O. Box 18449
Jackson, MS 39217

BMW Financial Services
POB 390902
Minneapolis, MN 55439


Breeze
G1 Anthony-Seeger Hall
MSC 6805, James Madison University
Harrisonburg, VA 22807


Brookhaven Courier
Brookhaven College
3939 Valley View Lane
Farmers Branch, TX 75244


Brunswickan
21 pacey Drive, UNB
SUB-Room 35
Frederiction, N.B. E3B 5A3


Bulletin
1000 E. Victoria Street
Carson, CA 90747


Butler Collegian
Eugene S.Pulliam School of Journali
Butler University 4600 Sunset Ave.
Indianapolis, IN 46208


California Times
Student Association Business office
3rd. floor, Natali Student Center
California, PA 15419


Campus Echo
1801 Fayetteville Street
Durham, NC 27707


Campus Times Newspaper
1950 Third Street
La Verne, CA 91750


Capital One Services
POB 85015
Richmond, VA 23285

Carolinian
Box 10, Elliott University Center
The university of North Carolina
Greensboro, NC 27412


CBS Outdoor
a/k/a Viacom Outdoor
185 US Highway 46
Fairfield, NJ 07004


Chanticleer
Coastal Carolina Unive.Student News
P.O. Box 261954
Conway, SC 29528


Charlatan Pubilcations
531 Unicentre
1125 Colonel By Drive
Ottawa, Ontario K1S 5B6


Chase
POB 15153
Wilmington, DE 19886


Cheifetz, Iannitelli, Marcolini
1850 North Central Ave
19th Floor
Phoenix, AZ 85004


Chicago Sun-Times
Midwest Suburban Publishing
6901 W. 159th Street
Tinley Park, IL 60477


Chronicle
P.O. Box 3146
Savannah, GA 31402


Chronicle (Quinnipiac)
Quinnipiac University
275 Mount Carmel Avenue, Box 10
Hamden, CT 06518


Citibank USA NA
POB 6500
Sioux Falls, SD 57117

City of Gainesville
Billing & Collection, Station 47
P.O. Box 490
Gainesville, FL 32602


CIUT-FM
91 St. George Street
Toronto, Ontario M55 2E8


CKEY-EM
c/o WILD Radio 101
P.O. Box 275
Niagara Falls, NY 14302-9998


Clear Channel Outdoor
4000 South Morgan Street
Chicago, IL 60609-2581


Collegian
555 N. Indian Creek Drive
Clarkston, GA 30021


Collegiate
Grend Rapids Community College
143 Bostwick NE, Student Newspaper
Grand Rapids, MI 49503


Columbia Chronicle
623 S. Wabash Street
Suite 205
Chicago, IL 60605


Comment
Bridgewater State College
Rondileau Campus Center
Bridgewater, MA 02325


Commonwealth Timess
P.O. Box 842010
910 W. Main Street, Room 1149
Richmond, VA 23284


Corsair
Pensacola Junior College
1000 College Blvd.,Bldg.4, Room 469
Pensacola, FL 32504

Courier
425 22nd Street
Glen Ellyn, IL 60137


Creightonian
Creighton University
2500 California Street
Omaha, NE 68178


Daily California
600 Eshleman Hall-UCB
P.O. Box 1949
Berkeley, CA 94701


Daily Egyptian
1259 Communications Bldg.
1100 Lincoln Drive
Carbondale, IL 62901


Daily Illini
Illini Media Company
57 East Green Street
Champaign, IL 61820


Daily Illini Technograph
Illini Media Company
57 East Green Street
Champaign, IL 61820


Daily Kent Stater
101 Taylor Hall
P.O.Box 5190
Kent, OH 44242


Daily Nebraskan
20 Nebraska Union
P.O.Box 880448
Lincoln, NE 68588


Daily Orange
744 Ostrom Avenue
Syracuse, NY 13210


Daily Sundial
18111 Nordhoff Street
Northridge, CA 91330

De Paulia
Advertising Derpartment
2322 n. Kenmore Avenue
Chicago, IL 60614


Delta Statement
Delta State University
H.L. Nowell Union 302B-Box 3204
Cleveland, MS 38733


Eagle
Mary Graydon Center, Suite 252
4400 Massachusetts Avenue NW
Washington, DC 20016


El Paisano
3600 Workman Mill Road
Whittier, CA 90601


Elan Financial Services
POB 790408
Saint Louis, MO 63179


Emory Wheel
Student Newspaper of Emory Universi
Drawer W
Atlanta, GA 30322


ESPN
13039 Collections Center Drive
Chicago, IL 60693


Et Cetera
Eastifield College, Business Office
3737 Motley Drive
Mesquite, TX 75150


Exponent
University of Alabama
104 University Center
Huntsville, AL 35899


Fairfield Mirror
1073 North Benson Road
Box AA - Fairfield University
Fairfield, CT 06824

Falcon Times
Miami Dade College North Campus
11380 NW 27th Avenue, Room 4209
Miami, FL 33167


Flagpole
P.O. Box 1027
Athens, GA 30603


Follett Higher Education
c/o Seyfarth Shaw
 55 West Monroe #4200
Chicago, IL 60603


Free Times
P.O. Box 8295
Columbia, SC 29202


FS View
P.O.Box 2028
Tallahassee, FL 32316-0334


Gainesville Sun
2700 SW 13th Street
Gainesville, FL 32608


Gamecock
1400 Greene Street
Russell House 343
Columbia, SC


Georgetown Voice
Georgetown University
Box 571066 - Leavey 413
Washington, DC 20057


Gorge Street Observer
66 George Street
Charleston, SC 29412


GW Hatchet
2140 G. Street, NW
Washington, DC 20052

Hartford Courant
P.O. Box 40000 Dept 215
Hartford, CT 06151


Hawk
Saint Joseph University
5600 City Avenue
Philadelphia, PA 19131


Henderson Oracle
HSU Box 7693
Arkadelphia, AR 71999


Herald Advertising
P.O. Box 1930
State University, AR 72467


HFC
POB 17574
Baltimore, MD 21297-1574


Hoya
Georgetown University
P.O.Box 571065
Washington, DC 20057


Humber
Humber College
205 Humber College Blvd.
Etobicoke, Ontario M9W 5L7


In Motion
Daytona Beach Community College
1200 W. International Speedwaay Blv
Daytona Beach, FL 32114


Informer
Student Newspaper of Univ.of Hartfo
200 Bloomfield Avenue
West Hartford, CT 06117


Insight Media
2105 West Park Court
Champaign, IL 61821

Jacob & Newmark
100 Lexington Drive
Buffalo Grove, IL 60089


Johnsonian
Winthrop University Student Publica
218 Dinkins Student Center
Rock Hill, SC 29733


Joseph Mann & Creed
20600 Chagrin Blvd. #550
Beachwood, OH 44122


Kance
Shasta College
P.O.Box 496006,11555 Old Oregon Tra
Redding, CA 96049


KBFM-FM
Clear Channel Broadcasting
P.O. Box 847413
Dallas, TX 75284-7413


KBLZ/KAZE
212 Grande Blvd.
# C120
Tyler, TX 75703


KCDL-FM
P.O. Box 587
Weatherford, OK 73096


KCLD-FM
P.O. Box 1458
Saint Cloud, MN 56302


KFIN-FM
Clear Channel Broadcasting
P.O. Box 847511
Dallas, TX 75284-7511


KFRQ-FM
801 North Jackson Road
Mcallen, TX 78501

KFTZ-FM
Bonneville International
P.O. Box 699
Blackfoot, ID 83221


KIBZ-FM
Clear Channel Broadcasting
P.O. Box 847402
Dallas, TX 75284-7402


Kinght News
Student Union Bkdg
65-30 Kissena Blvd.
Flushing, NY 11367


KISX-FM
Clear Channel Broadcasting
P.O. Box 847424
Dallas, TX 75284-7424


KIXQ-FM
Zimmer Radio Group
P.O.Box 1666
Joplin, MO 64802


KIYS-FM
Clear Channel Broadcastin
P.O. Box 847511
Dallas, TX 75284-7511


KJML-FM
2510 West 20th Street
Joplin, MO 64804


KJYO-FM
Clear Channel Broadcasting
P.O. Box 847319
Dallas, TX 75284-7319


KKSR-FM
Regent Broadcasting
P.O.Box 86
Minneapolis, MN 55486-2375

KKWD-FM
4045 NW 64th Street
Suite 600
Oklahoma City, OK 73116


KLUV/KOAI
George Stella Attorney at Low
1025 Old County Road
Westbury, NY 11590


KLXQ-FM
125 Corporate Terrace
Hot Springs National Park, AR 71913


KLZZ-FM
Regent Broadcasting
P.O. Box 86
Minneapolis, MN 55486-2375


KQKY-FM
P.O. Box 666
Kearney, NE 68848


KQUS-FM
125 Corporate Terrace
Hot Springs National Park, AR 71913


Kramer Graphics
2408 W. Dorthy Lane
Dayton, OH 45439-1828


KRNY-FM
P.O. Box 666
Kearney, NE 68848


KRRQ-FM
202 Galbert Road
Lafayette, LA 70506-1806


KSMB-FM
202 Galbert Road
Lafayette, LA 70506-1806

KSPW-FM
Journal Broadcast Group
P.O. Box 2180
Springfield, MO 65801


KSWF-FM
Clear Channel Broadcasting
P.O. Box 847430
Dallas, TX 75284-7430


KSYN-FM
Zimmer Radio Group
P.O. Box 1666
Joplin, MO 64802


KTEG-FM
Clear Channel Broadcasting
P.O.Box847344
Dallas, TX 75284-7344


KTEX-FM
Clear Channel Broadcasting
P.O. Box 847413
Dallas, TX 75284-7413


KWEY-FM
P.O. Box 587
Weatherford, OK 73096


KYLZ-FM
P.O. Box 30925
Albuquerque, NM 87190-0925


Lamar Outdoor
P.O. Box 96030
Baton Rouge, LA 70896


Lampert & Company
POB 6119
Ocala, FL 34478


Lariat
Saddleback College
28000 Marguerite Parkway
Mission Viejo, CA 92692

```
LaSalle Bank
Commercial Loan Payments
8617 Innovation Way
Chicago, IL 60682


Loyolan
Daum Hall Loyola Marymount Univerci
One LMU Drive, MS 8470
Los Angeles, CA 90045


Mace and Crown
Old Dominion Univercity
Bursar's Office/MC
Norfolk, VA 23529


Marietta Daily Journal
P.O.Box 449
Marietta, GA 30061


Marquette Tribune
Student Media, Marquette Univercity
1131 West Wisconsin Avenue
Milwaukee, WI 53233


Massachusetts Daily Collegian
Univercity of Massachusetts
113 Campus Center
Amherst, MA 01003


MBNA
POB 15137
Wilmington, DE 19886


Miami Herld
One Herald Plaza
Miami, FL 33132


Miami Hurricane
Univercity of Miami
P.O. Box 248132
Coral Gables, FL 33124-6922


Miami Student
15 MacMilan Hall-Miami University
Oxford, OH 45056
```

Midddletown Press
2 Main Street
Middletown, CT 06457

MPA
POB 260
 WPS 30-10 Broadway, Ste. 2601
Fair Lawn, NJ 07410-8501

National Mobile Billboards
P.O. Box 190153
Fort Lauderdale, FL 33319

News Record
Student Life Pavilions, Suite 160
P.O. Box 210136
Cincinnati, OH 45221-0136

Nissan Infiniti
POB 0548
Carol Stream, IL 60132

North Star News
North Harris College
2700 W. W. Thorne Drive
Houston, TX 77073

North Texas Daily
P.O. Box 311241
Denton, TX 76203-1241

Northerner
Nunn Drive UC 203
Highland Heights, KY 41099

Northview Bank & Trust
245 Waukegan Rd.
Northfield, IL 60093

Observer
350 Martin Luter King. Jr. Blvd.
Robeson Campus Center_Room 237
Newark, NJ 07102

Observer (Notre Dame)
 024 South Dining Hall
P.O. Box 779
Notre Dame, IN 46556


Oklahoma Daily
860 Van Vleet Oval, Room 149A
Norman, OK 73019-2052


On Campus Advertising
163 Canal Street
Suite 301
Boston, MA 02114


Opus Broadcasting
c/o Vericore
1200 West Causeway Approach
Mandeville, LA 70471


Oracle
Student Association,SUB428,Suny Ne
75 S. Manheim Blvd.
New Paltz, NY 12561


OTC Eagle
Ozarks Technical Community College
P.O. Box 5958
Springfield, MO 65801-5958


Pan American
University of Texas
1201 West University Drive
Edinburg, TX 78541-2999


Parthenon
309 Smith Hall
Marshall University
Huntington, WV 25755


Patriot
c/o Francis Marion University
P.O. Box 100547, UC Room 201
Florence, SC 29501

Pitney Bowes
2225 American Drive
Neenah, WI 54956


Post
20 East Union Street
Athens, OH 45701


Professional Sports Publications
355 Lexington Avenue
New York, NY 10017


Prospector
2088 North Beal Road
Marysville, CA 95901


Purdue Exponent
P.O.Box 2506
460 Northwestern Avenue
West Lafayette, IN 47006-2506


Ranger
San Antonio College, Dept. of Journ
1300 San Pedro Avenue, Loftin Stude
San Antonio, TX 78212-4299


Real Detroit Weekly
359 Livernois-2nd Floor
Ferndale, MI 48220


Red & Black
540 Baxter Street
Athens, GA 30605


Richland Chronicle
12800 Abrams Road
Dallas, TX 75243-2199


Richmond Times
P.O. Box 27775
Richmond, VA 23261-7775

Rider News
Rider Univercity
2083 Lawrenceville Road
Lawerenceville, NJ 08648


Rock Hill Herald
P.O. Box 2242
Raleigh, NC 27602-2242


Rreef Real Estate
One Mid America Plaza
Route 83 & 22nd Street, Suite 110
Oakbrook Terrace, IL 60181


Saber
Columbus State University
4225 University Avenue
Columbus, GA 31907


San Francisco Foghorn
2130 Fulton Street
San Francisco, CA 94117-1080


Scribe
Seminole Community College
100 Weldon Blvd.
Sanford, FL 32773-6199


Setonian
Seton Hall University Newspaper
400 South Organe Avenue
South Orange, NJ 07079


Shorthorn
P.O. Box 19038
Arlington, TX 76019


Sign Co USA
1350 University Avenue
Berkeley, CA 94702


Signal
33 Gilmer Street
Room 200
Atlanta, GA 30303

Silhouette
801 Campus drive
Garden City, KS 67846


Sophian
Smith College
Capen Annex, Smith College
Northampton, MA 01063


Southern Digest
southern University
P.O. Box 10180
Baton Rouge, LA 70813


Southwestern
Southwestern Oklahoma State Univers
100 Campus Drive
Weatherford, OK 73096


Spark
CPCC-Central Campus
P.O. Box 35009
Charlotte, NC 28235-5009


Spectrum
PO Box 10835
Albany, NY 12201


Spelman Spotlight
350 Spelman Lane
Box 1234
Atlanta, GA 30314-4399


Spinnaker
Bldg.14Room2627, North Florida Univ
4567 St. Johns Bluff Rd. S
Jacksonville, FL 32224-2645


Squelch
P.O. Box 4116
Berkeley, CA 94704


Stanford Daily
The Stroke Publications Building
Suite 101 Mail Code 2240
Stanford, CA 94305

State Newspaper
P.O. Box 402666
Atlanta, GA 30384-2666


Staten Island Advance
950 Fingerboard Road
Staten Island, NY 10305


Stoutonia
137 Memorial Student Center
302 10th Avenue
Menomonie, WI 54751


Student Life
WU Student Media, Inc.
one Brookings Drive #1039
Saint Louis, MO 63130


Swift Outdoor
P.O. Box 7656
Waco, TX 76714-7656


Syracuse Record
800 Nottingham Road
Syracuse, NY 13224


Talon Marks
11110 Alondra Blvd.
Norwalk, CA 90650


Targum Publishing
126 College Avenue
Suite 431
New Brunswick, NJ 08903


Technician
NC State University
BOX 7203
Raleigh, NC 27695-7203


Telescope
Palomar College Telescope
1140 W. Mission Road
San Marcos, CA 92069

Ticker
Student Newspaper of Baruch College
One Bernard Baruch Way, Box 3-290
New York, NY 10010


Times Retail
Box 644027
Cincinnati, OH 45264


Torch
Official Student Newspaper, Univers
Center oom 29, 800 Utopia Parkway
Queens, NY 11439


Tower
127 Pryzbyla Center, Cardinal Stati
620 Nichigan Avenue, NE
Washington, DC 20064


Transit Advertising Group
18470 W. Ten Mile Road
Suite 100
Southfield, MI 48075


TVI Times
525 Buena Vista SE
Suite 12B
Albuquerque, NM 87106


Tyler Morning Telegraph
410 W. Erwin Street
P.O. Box 2030
Tyler, TX 75710-2030


Tyler Publishing
1828 ESE Loop 323
Suite 312
Tyler, TX 75701


UC Berkeley Bus Announcement
University of Califonis, Berkeley
191 University Hall
Berkeley, CA 94720-1106

United States Attorney
219 S. Dearborn
Chicago, IL 60604

United States Small Business Adm.
500 West Madison
Suite 1250
Chicago, IL 60661

University Chronicle
13 Stewart Hall
720 4th Avenue South
Saint Cloud, MN 56301-4498

Vanderbilt Hustler
2301 Vanderbilt Place
VU Station B 351504
Nashville, TN 37235-1504

Vermilion
P.O.Box 44813
Lafayette, LA 70504-4813

Voice
Glendale Community College
6000 W. Olive Avenue
Glendale, AZ 85302

Voyager
1100 University Parkway
Building 36, Room 110
Pensacola, FL 32514

VPI Sales
P.O. Box 1000
Dept. 173
Memphis, TN 38148

WACL-FM
Clear Channel Broadcasting
5940 Collections Center Drive
Chicago, IL 60693

WAMX-FM
Clear Channel Broadcasting
P.O. Box 406074
Atlanta, GA


Washington City Paper
2390 Champlain Street, NW
Washington, DC 20009


Washington Mutual
POB 660487
Dallas, TX 75266


WASK-FM
P.O. Box
Lafayette, IN 47903


WAVF-FM
Apex Broadcasting, Inc
P.O. Box 62726
North Charleston, SC 29419


WAZR-FM
Clear Channel Broadcasting
5940 Collections Center Drive
Chicago, IL 60693


WAZY-FM
Artistic Media Partners
3824 South 18th Street
Lafayette, IN 47909


WBKS-FM
Clear Channel Broadcasting
P.O. Box 406074
Atlanta, GA 30384-6074


WBLK-FM
P.O. Box 13077
Newark, NJ 07188


WBTJ-FM
Clear Channel Broadcasting
P.O. Box 402584
Atlanta, GA 30384-2584

WCIL-FM
P.O. Box 1610
Cape Girardeau, MO 63702-1610


WCLD-FM
P.O. Box 780
Cleveland, MS 38732


WDTL-FM
Hodges Broadcasting
P.O. Box 1438
Cleveland, MS 38732


WEDG-FM
50 James E. Casey Drive
Buffalo, NY 14206


Wells Fargo Bank
POB 182128
Columbus, OH 43218


WERV-FM
Next Media Operating
Dept. 809250
Chicago, IL 60680-9250


Wesleyan Argus
Wes P.O. Box 7055
222 Church Street
Middletown, CT 06459


WEUP-FM
P.O. Box 11398
Huntsville, AL 35814-1398


WFKS-FM
Clear Channel Broadcasting
P.O. Box 402526
Atlanta, GA 30384-2526


WGBT-FM
Clear Channel Broadcasting
P.O. Box 402520
Atlanta, GA 30384-2520

WGMG-FM
1010 Tower Place
Bogart, GA 30622


WHRP-FM
P.O. Box 643252
Cincinnati, OH 45264-3252


WHTF-FM
3000 Oles Road
Tallahassee, FL 32308


WHUR-FM
Rojas & Walker
620 Oak Harbor Blv., 2nd Floor
Slidell, LA 70458


WHXT-FM
P.O. Box 9127
1900 Pineview Drive
Columbia, SC 29209


WHYN-FM
Clear Channel Broadcasting
P.O. Box 402660
Atlanta, GA 30384-2660


Williams Charles & Scott
2171 Jericho Tunpike, Suite LL1
Commack, NY 11725


Williams Record
Williams College
1018 Baxter Hall
Williamstown, MA 01267


WJBT-FM
Clear Channel Broadcasting
P.O. Box 402526
Atlanta, GA 30384-2526


WJMH-FM
Entercom Communications
7819 National Services Rd., Ste.401
Greensboro, NC 27409

WKEE-FM
Claer Channel Broadcasting
P.O.Box 406074
Atlanta, GA 30384-6074


WKHY-FM
P.O. Box 7880
Lafayette, IN 47903


WKOR-FM
Cumulus Broadcasting
P.O. Box 643123
Cincinnati, OH 45264-3123


WKZL-FM
P.O. Box 36070
Greensboro, NC 27416-6070


WLFF-FM
Artistic Media Partners
3824 South 18th Street
Lafayette, IN 47909


WLFI-TV
90361 Collection Center Drive
Chicago, IL 60693


WLZX-FM
45 Fisher Avenue
East Longmeadow, MA 01028


WMBC-FM
Culumus Broadcasting
P.O. Box 643123
Cincinnati, OH 45264-3123


WMVP Radio
Commercial Collections Corporation
34 Seymour Street
Tonawanda, NY 14150


WPUP-FM
Southern Broadcasting Companies
1010 Tower Place
Bogart, GA 30622

WRAL-FM
711 Hillsborough Street
Raleigh, NC 27603


WRDU-FM
Clear Channel Broadcasting
P.O. Box 402570
Atlanta, GA 30384-2570


WRIF-FM
Great Media Detroit
8662 Reliable Parkway
Chicago, IL 60686-0086


WRUF-FM
P.O. Box 14444
University Station
Gainesville, FL 32604


WRVQ-FM
Clear Channel Broadcasting
P.O. Box 402584
Atlanta, GA 30384-2584


WRXL-FM
Clear Channel Broadcasting
P.O. Box 402584
Atlanta, GA 30384-2584


WRYV-FM
P.O. Box 661
Gallipolis, OH 45631


WSCR Radio
Szabo Associates
3355 Lenox Road NE 9th Floor
Atlanta, GA 30326


WSSP-FM
Clear Channel Broadcasting
P.O. Box 406337
Atlanta, GA 30384-6337

WTAO-FM
Clear Channel Broadcasting
5623 Collections Center
Chicago, IL 60693


WTMG-FM
Sunshine Broadcasting
100 NW 76th Drive, Suite 2
Gainesville, FL 32607


WWDM-FM
P.O. Box 9127
1900 Pineview Drive
Columbia, SC 29209


WWLD-FM
P.O. Box 643228
Cincinnati, OH 45264-3123


WWWZ-FM
4230 Faber Place Drive
Suite 100
North Charleston, SC 29405


WXSR-FM
Clear Channel Broadcasting
P.O. Box 402588
Atlanta, GA 30384-2588


WXTQ-FM
300 Columbus Road
P.O. Box 210
Athens, OH 45701


WXXB-FM
P.O. Box 7880
Lafayette, IN 47903


WZBQ-FM
Clear Channel Broadcasting
P.O. Box 406056
Atlanta, GA 30384

Xavier Newswire
Xavier University
3800 Victory Parkway
Cincinnati, OH 45207-2129


Zipsheet
747 Meeting Street
West Columbia, SC 29169